EXHIBIT B

## Restoring the Utah State Flag Petition

| | | | | |
|---|---|---|---|---|
| State Wide Petition | Yes | | Type | By Senate District |
| Signatures Needed | 134,298 | | Due | 02/15/2024 |
| | | | Printed | 02/07/2024 |

| Packet | Unreadable | Not Registered | Bad Address | Not Matching | Other | Duplicate | Valid |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 300001 | 0 | 0 | 0 | 0 | 0 | 0 | 44 |
| 300002 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| 300003 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| 300004 | 0 | 0 | 0 | 0 | 0 | 0 | 43 |
| 300005 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| 300008 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 300013 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 300015 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| 300016 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| 300017 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| 300018 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| 300019 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| 300021 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 300023 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| 300024 | 0 | 0 | 0 | 0 | 0 | 1 | 38 |
| 300025 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| 300026 | 0 | 0 | 0 | 0 | 0 | 0 | 39 |
| 300027 | 0 | 0 | 0 | 0 | 0 | 0 | 41 |
| 300028 | 0 | 0 | 0 | 0 | 0 | 2 | 37 |
| 300029 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| 300030 | 0 | 0 | 0 | 0 | 0 | 0 | 33 |
| 300031 | 0 | 0 | 0 | 0 | 0 | 0 | 42 |
| 300032 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| 300033 | 0 | 0 | 0 | 0 | 0 | 1 | 36 |
| 300034 | 0 | 0 | 0 | 0 | 0 | 0 | 45 |
| 300035 | 0 | 0 | 0 | 0 | 0 | 0 | 41 |
| 300036 | 0 | 0 | 0 | 0 | 0 | 0 | 46 |
| 300037 | 0 | 0 | 0 | 0 | 0 | 2 | 30 |
| 300038 | 0 | 0 | 0 | 0 | 0 | 2 | 53 |

**Exhibit B**

| Packet | Unreadable | Not Registered | Bad Address | Not Matching | Other | Duplicate | Valid |
|---|---|---|---|---|---|---|---|
| 308029 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308033 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 308034 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308040 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 308041 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308042 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 308046 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 308047 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308051 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 308052 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308053 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| 308060 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 308064 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308068 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308074 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 308080 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308081 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 308082 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 308089 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308118 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 308122 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 308124 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308139 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308140 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308141 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308142 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308148 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308149 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 308151 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308166 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308168 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308186 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 308190 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 308193 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

**Exhibit B**

| Packet | Unreadable | Not Registered | Bad Address | Not Matching | Other | Duplicate | Valid |
|---|---|---|---|---|---|---|---|
| 308744 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| 308746 | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| 308747 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| 308748 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| 308751 | 1 | 5 | 0 | 0 | 1 | 0 | 0 |
| 308752 | 1 | 8 | 0 | 1 | 0 | 0 | 0 |
| 308753 | 2 | 9 | 0 | 0 | 0 | 0 | 0 |
| 308754 | 0 | 19 | 0 | 1 | 0 | 0 | 0 |
| 308755 | 0 | 5 | 0 | 2 | 0 | 0 | 0 |
| 308756 | 1 | 6 | 1 | 0 | 2 | 0 | 0 |
| 308758 | 0 | 4 | 0 | 1 | 0 | 0 | 0 |
| 308759 | 0 | 1 | 0 | 15 | 3 | 0 | 0 |
| 308760 | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| 308764 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| 308765 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 308766 | 0 | 5 | 0 | 0 | 1 | 0 | 0 |
| 308767 | 1 | 5 | 0 | 0 | 0 | 0 | 0 |
| 308770 | 3 | 2 | 0 | 0 | 2 | 0 | 0 |
| 308780 | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| 308782 | 0 | 4 | 0 | 1 | 0 | 0 | 0 |
| 308784 | 2 | 8 | 0 | 0 | 0 | 0 | 0 |
| 308790 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| 308839 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| 308845 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| 0 | 278 | 7,750 | 533 | 1,997 | 466 | 0 | 0 |
| Report Totals | 278 | 7,750 | 533 | 1,997 | 466 | 1,572 | 79,026 |

Total Signatures  91,622

**Exhibit B**