Kyle F. Reeder (Bar No. 16554)
Cannon Law Group
124 S 600 E
Salt Lake City, UT 84102
Telephone: 801-363-2999
kyle@cannonlawgroup.com

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Are You Listening Yet PAC,<br>Tracie Halvorsen,<br><br>    Plaintiffs,<br>v.<br><br>Deidre Henderson, in her official capacity as Lieutenant Governor of the State of Utah,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:24-cv-00104-JNP<br><br>District Judge Jill N. Parrish |

    I move for the pro hac vice admission of Stephen R. Klein (Applicant) as counsel for Are You Listening Yet PAC and Tracie Halvorsen, and I consent to serve as local counsel. I am an active member of this court's bar.

    The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: February 9, 2024

                                                                   _____
                                                                     Signature