

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Kyle F. Reeder |
| Firm: | Cannon Law Group |
| Address: | 124 S 600 E |
| | Salt Lake City, UT 84102 |
| Telephone: | (801) 363-2999 |
| Email: | kyle@cannonlawgroup.com |
| | |
| Pro Hac Vice Applicant: | Stephen R. Klein |
| Firm: | Barr & Klein PLLC |
| Address: | 1629 K St NW Ste. 300 |
| | Washington, DC 20006 |
| Telephone: | (202) 804-6676 |
| Email: | steve@barrklein.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Illinois Supreme Court | 6300226 | 2009 |
| Michigan Supreme Court | P74687 | 2010 |
| District of Columbia Court of Appeals | 177056 | 2018 |
| U.S. District Court – N.D. Illinois | N/A | 2012 |
| U.S. District Court – W.D. Michigan | N/A | 2016 |
| U.S. District Court – D. Colorado | N/A | 2016 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

1

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| U.S. District Court – E.D. Michigan | N/A | 2017 |
| U.S. District Court – D. D.C. | N/A | 2018 |
| U.S. Court of Appeals – 1st Cir. | N/A | 2017 |
| U.S. Court of Appeals – 2d Cir. | N/A | 2022 |
| U.S. Court of Appeals – 4th Cir. | N/A | 2018 |
| U.S. Court of Appeals – 5th Cir. | N/A | 2023 |
| U.S. Court of Appeals – 6th Cir. | N/A | 2016 |
| U.S. Court of Appeals – 7th Cir. | N/A | 2017 |
| U.S. Court of Appeals – 8th Cir. | N/A | 2023 |
| U.S. Court of Appeals – 9th Cir. | N/A | 2021 |
| U.S. Court of Appeals – 10th Cir. | N/A | 2012 |
| United States Supreme Court | N/A | 2014 |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____*Stephen Klein*_____                  ____February 8, 2024____
Signature                                                                                   Date