THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Are You Listening Yet PAC,<br>Tracie Halvorsen,<br><br>                    Plaintiffs,<br><br>  v.<br><br>Deidre Henderson, in her official capacity<br>as Lieutenant Governor of the State of<br>Utah,<br><br>              Defendant. | ORDER [GRANTING/DENYING] PRO HAC<br>VICE ADMISSION<br><br>CASE NO: 2:24-cv-00104-JNP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

Stephen R. Klein.  Based on the motion and for good cause appearing,

     **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this _____ day of _____, 20_____.


                              BY THE COURT:


                              _____

                              Name
                              Title