Kyle F. Reeder Utah Bar: 16554
Cannon Law Group
124 S. 600 E
Salt Lake City, Utah 84102
801-363-2999
kyle@cannonlawgroup.com
Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Are You Listening Yet PAC, and Tracie Halverson,<br><br>　　　Plaintiffs,<br>v.<br><br>Deidre Henderson, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>　　　Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:24-cv-00104-JNP<br><br>District Judge Jill N. Parrish |

　　I move for the pro hac vice admission of Benjamin Barr (Applicant) as counsel for Plaintiffs, and I consent to serve as local counsel. I am an active member of this court's bar.

　　The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: February 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature