THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVERSON,<br><br>                Plaintiffs,<br>  v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity<br><br>                Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:24-cv-00104-JNP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Benjamin Barr.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____
Name
Title