THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Are You Listening Yet PAC, Tracie Halvorsen, <br><br>        Plaintiffs, <br><br>v. <br><br>Deidre Henderson, in her official capacity as Lieutenant Governor of the State of Utah, <br><br>        Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION <br><br>CASE NO: 2:24-cv-00104-JNP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Stephen R. Klein. Based on the motion and for good cause appearing,

    **IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 9th day of February, 2024.

BY THE COURT:

_Jill N. Parrish_
Jill N. Parrish
United States District Court