# RETURN OF SERVICE
# AUTHORIZED

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

**ARE YOU LISTENING YET PAC
TRACIE HALVORSEN,**
PLAINTIFF

*VS*

**DEIDRE HENDERSON,
LIEUTENANT GOVERNOR OF THE STATE OF
UTAH, IN HER OFFICIAL CAPACITY**,
DEFENDANT.

For:
Barr & Klein
444 N Michigan Ave
Ste 1200
Chicago IL 60611

Case Number: **2:24-cv-000104**

I, **Matt Jennings,** state:

On **2/9/2024** at **3:33:32 PM**, I served the following: **Summons In A Civil Action, Proposed Order, Verified Complaint for Declaratory and Injunctive Relief, Exhibit(s)** on **DEIDRE HENDERSON, LIEUTENANT GOV OF UTAH** at **350 S STATE #220, SALT LAKE CITY, UT 84103.**

By delivering a true copy of each to **MICHELLE JACKSON**, as **AUTHORIZED TO ACCEPT** at **350 S STATE #220, SALT LAKE CITY, UT 84103**. **MICHELLE JACKSON** told me he or she was authorized to accept service for **DEIDRE HENDERSON, LIEUTENANT GOV OF UTAH**. I told **MICHELLE JACKSON** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Deputy Director

X_____
**Matt Jennings**

Served at following GPS coordinates, Lat: 0.000000 Long: 0.000000

Job #: 2400855
Service Fee: $109.00



Wasatch Constables, 176 N 2200 W STE 240, SALT LAKE CITY, UT 84116-2916

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Are You Listening Yet PAC; Tracie Halvorsen<br><br>*Plaintiff(s)*<br>v.<br>Deidre Henderson, Lieutenant Governor of the State of Utah, in her official capacity<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-000104<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deidre Henderson, Lieutenant Governor of the State of Utah, in her official capacity
350 State St #220,
Salt Lake City, UT 84103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

*Stephanie Garcia* (signature)

Date: 02/08/2024

_____
Signature of Clerk or Deputy Clerk