DAVID N. WOLF (6688)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: dnwolf@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant*. | **LIEUTENANT GOVERNOR DEIDRE HENDERSON'S OPPOSITION TO MOTION FOR EXPEDITED BRIEFING SCHEDULE**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

David N. Wolf, Assistant Utah Attorney General, enters his appearance as counsel for Defendant Deidre Henderson in the above-captioned action. All further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> DAVID N. WOLF
> OFFICE OF THE UTAH ATTORNEY GENERAL
> 160 East 300 South, Fifth Floor
> P.O. Box 140856
> Salt Lake City, Utah 84114-0856
> Telephone: 385-441-4218
> E-mail: dnwolf@agutah.gov

**DATED:** February 12, 2024.

        OFFICE OF THE UTAH ATTORNEY GENERAL

        /s/ *David N. Wolf*
        DAVID N. WOLF
        Assistant Utah Attorney General
        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 12, 2024,** the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Benjamin Barr**
**Stephen R. Klein**
BARR & KLEIN PLLC
ben@barrklein.com
steve@barrklein.com

**Kyle Fred Reeder**
CANNON LAW GROUP
kyle@cannonlawgroup.com

*Counsel for Plaintiffs*

> */s/ Seth Huxford*
> Seth Huxford