IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ARE YOU LISTENING YET PAC** and **TRACIE HAVORSEN**,<br><br>Plaintiffs,<br><br>v.<br><br>**DEIDRE HENDERSON**, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>Defendant. | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-CV-00104-JNP<br><br>District Judge Jill N. Parrish |

On February 8, 2024, Plaintiffs filed a Motion for Expedited Preliminary Injunction, requesting declaratory and injunctive relief in light of alleged violations of Plaintiffs' First Amendment rights. ECF No. 2. Plaintiffs requests that the court order Defendant to respond to the Motion within three days of being served and hold an immediate hearing on this matter. *Id.*, at 3. Defendant opposes Plaintiffs' request for such an expedited briefing schedule, requesting that Lieutenant Governor Henderson "be allowed a meaningful opportunity to respond[.]" ECF No. 13. After reviewing the parties' proposed briefing schedules, the court **ORDERS** as follows: Plaintiffs have requested to forgo filing a reply brief. Defendant shall file a response to Plaintiffs' Motion for Expedited Preliminary Injunction by February 23, 2024. The court will promptly hold a hearing on Plaintiffs' Motion following its receipt of Defendant's response.

Signed February 12, 2024

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge