SCOTT D. CHENEY (6198)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: scheney@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>    *Defendants*. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

Scott D. Cheney, Assistant Utah Attorney General, enters his appearance as counsel for Defendant Deidre Henderson in the above-captioned action. All further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

  SCOTT D. CHENEY
  OFFICE OF THE UTAH ATTORNEY GENERAL
  160 East 300 South, Fifth Floor
  P.O. Box 140856
  Salt Lake City, Utah 84114-0856
  Telephone: 385-441-4218
  E-mail: scheney@agutah.gov

**DATED:** February 12, 2024.

                    OFFICE OF THE UTAH ATTORNEY GENERAL

                    /s/ *Scott D. Cheney*
                    SCOTT D. CHENEY
                    Assistant Utah Attorney General
                    *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 12, 2024,** the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Benjamin Barr**
**Stephen R. Klein**
BARR & KLEIN PLLC
ben@barrklein.com
steve@barrklein.com

**Kyle Fred Reeder**
CANNON LAW GROUP
kyle@cannonlawgroup.com

*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ Seth Huxford*
　　　　　　　　　　　　　　　　　　　　Seth Huxford