LANCE SORENSON (10684)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>    *Defendant*. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

Lance Sorenson, Assistant Utah Attorney General, enters his appearance as counsel for Defendant Deidre Henderson in the above-captioned action. All further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> LANCE SORENSON
> OFFICE OF THE UTAH ATTORNEY GENERAL
> 160 East 300 South, Fifth Floor
> P.O. Box 140856
> Salt Lake City, Utah 84114-0856
> Telephone: 385-441-4218
> E-mail: lancesorenson@agutah.gov

**DATED:** February 15, 2024.

        OFFICE OF THE UTAH ATTORNEY GENERAL

        /s/ *Lance Sorenson*
        LANCE SORENSON
        Assistant Utah Attorney General
        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 15, 2024,** the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Benjamin Barr**
**Stephen R. Klein**
BARR & KLEIN PLLC
ben@barrklein.com
steve@barrklein.com

**Kyle Fred Reeder**
CANNON LAW GROUP
kyle@cannonlawgroup.com

*Counsel for Plaintiffs*


        */s/ Seth Huxford*
        Seth Huxford