Stephen R. Klein*
Barr & Klein PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Pro hac vice

*Attorney for Plaintiffs Are You Listening Yet PAC and Tracie Halvorsen*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN, | |
|---|---|
| Plaintiffs, | **NOTICE OF ACKNOWLEDGMENT** |
| v. | Case No. 2:24-CV-00104-JNP-CMR |
| DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity, | Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |
| Defendant. | |

I, Stephen Klein, hereby acknowledge that I have read the Standing Order filed February 21, 2024, by the Court in the above-captioned matter. Dkt. 18. I have carefully read and understand the terms thereof and will comply with the order.

Respectfully submitted,

/s/ Stephen Klein
Stephen R. Klein*
Barr & Klein PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Pro hac vice
Attorney for Plaintiffs

**Certificate of Service**

      I, Stephen Klein, hereby certify that on this 22nd day of February, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                                           _/s/ Stephen Klein_  
                                                                                          Stephen R. Klein