SCOTT D. CHENEY (6198)
DAVID N. WOLF (6688)
LANCE SORENSON (10684)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 5th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant*. | **STIPULATED MOTION TO FILE EXCESS PAGES ON DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

Pursuant to DUCivR 7-1(e) and the Court's Standing Order, ECF No. 18, Defendant Lieutenant Governor Deidre Henderson requests leave from the court to file excess pages in her Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

Lt. Governor Henderson requests leave to file 5 additional pages beyond the limit of 25 pages set forth in DUCivR 7-1(a)(4)(C)(i), for a total of 30 pages, exclusive of face sheet, signature block, certificate of service, and exhibits.

Good cause exists to grant this motion. Plaintiffs have brought nine causes of action in their Complaint, alleging that nine provisions of Utah's Election Code violate both the state and federal Constitutions. Plaintiffs seek prohibitory and mandatory injunctions on all claims.

Despite streamlining her Memorandum in Opposition by not duplicating arguments applicable to both the state and federal constitutions and by narrowing the salient issues as much as possible, five extra pages are needed to provide background for the claims and defenses, discuss the Election Code provisions at issue, and respond to Plaintiffs' arguments.

Plaintiffs stipulate to this request.

A proposed order is submitted with this Motion.

DATED this February 22, 2024.

       THE OFFICE OF THE UTAH ATTORNEY GENERAL

       */s/ Lance Sorenson*
       LANCE SORENSON
       SCOTT D. CHENEY
       DAVID N. WOLF
       JASON N. DUPREE
       Assistant Utah Attorney General
       *Attorney for Defendants*


       So Stipulated:

       */s/ Steve Klein*
       E-signature inserted by filing attorney with approval

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, I electronically filed the foregoing **STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by using the Court's electronic filing system which will send a notice of electronic filing to the following:

Kyle F. Reeder
Cannon Law Group
kyle@cannonlawgroup.com

Benjamin Barr
Stephen R. Klein
Barr & Klein PLLC
ben@barrklein.com
steve@barrklein.com

*Counsel for Plaintiffs*

                */s/ Seth Huxford*
                Seth Huxford