SCOTT D. CHENEY (6198)
DAVID N. WOLF (6688)
LANCE SORENSON (10684)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 5th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant*. | **ORDER GRANTING STIPULATED MOTION TO EXCEED PAGES ON DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

The COURT, having reviewed Defendant's Stipulated Motion for Leave to Exceed Pages in their Memorandum (the "Motion"), and for good cause appearing, hereby GRANTS the Motion and ORDERS that Defendant Deidre Henderson may file a Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction up to and not to exceed 30 pages, exclusive of face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits.

DATED:

                                         BY THE COURT:

                                         _____
                                         HONORABLE JILL PARRISH
                                         U.S. District Court Judge