SCOTT D. CHENEY (6198)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: scheney@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN, *Plaintiffs*, v. DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity, *Defendant*. | **NOTICE OF ACKNOWLEDGMENT** Case No. 2:24-cv-00104-JNP Judge Jill N. Parrish |

I, Scott D. Cheney, hereby acknowledge that I have read the Standing Order filed February 21, 2024, by the court in the above-entitled caption. I have carefully read and understand the terms thereof and agree to be bound by them.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Scott D. Cheney*
SCOTT D. CHENEY
Assistant Utah Attorney General
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 23, 2024,** the foregoing **NOTICE OF ACKNOWLEDGMENT** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Benjamin Barr**
**Stephen R. Klein**
BARR & KLEIN PLLC
ben@barrklein.com
steve@barrklein.com

**Kyle Fred Reeder**
CANNON LAW GROUP
kyle@cannonlawgroup.com

*Counsel for Plaintiffs*

                                              */s/ Seth Huxford*
                                              Seth Huxford