## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ARE YOU LISTENING YET PAC** and **TRACIE HALVORSEN**, | **ORDER GRANTING STIPULATED MOTION TO FILE EXCESS PAGES** |
| Plaintiff, | |
| v. | Case No. 2:24-CV-104-JNP |
| DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity, | District Judge Jill N. Parrish |
| Defendant. | |

On February 22, 2024, the parties filed a stipulated motion to file excess pages on Defendant's memorandum in opposition to Plaintiff's motion for preliminary injunction. Based on the parties' stipulation and for good cause appearing, the Motion (ECF No. 23) is **GRANTED**. Defendant shall have leave to file 5 additional pages beyond the limit of 25 pages set forth in DUCivR 7-1(a)(4)(C)(i), for a total of 30 pages, exclusive of face sheet, signature block, certificate of service, and exhibits.

Signed February 23, 2024

BY THE COURT

Jill N. Parrish
United States District Court Judge