For this Referendum re: 2023 S.B. 31 State Flag Amendments, Signature gatherers will NOT be paid for their services.

Received
MAR 06 2023
Deidre M. Henderson
Lieutenant Governor

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, **James Whitney Cook** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**1118 W. Fox Hollow Dr.**
Residence Address

Sponsor's Signature

**Grantsville, UT 84029**   **801.688.1785**
City, State, Zip    Phone Number

Notary Seal

**j.whitney.cook@gmail.com**
Email

Subscribed and affirmed before me this **4** day of **March** 20**23**,

by **Karen W. Butler**
Notary Public

KAREN W. BUTLER
NOTARY PUBLIC
STATE OF UTAH
LICENSE #726753
My Commission Expires 09/19/2026

## Sponsor Statement

I, **Chad Grady Saunders** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**484 Country Club**
Residence Address

Sponsor's Signature

**Stansbury Park, Utah 84074**   **801-652-3286**
City, State, Zip    Phone Number

Notary Seal

**Chad.g.saunders@gmail.com**
Email

Subscribed and affirmed before me this **4** day of **March** 20**23**,

by **Karen W. Butler**
Notary Public

KAREN W. BUTLER
NOTARY PUBLIC
STATE OF UTAH
LICENSE #726753
My Commission Expires 09/19/2026

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

## Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization: **UTAH FLAG REFERENDUM**

### Sponsor Statement

I, **FRED C COX** affirm that I am a registered to vote in Utah
*Name of Sponsor (please type or print)*

Residence Address: **4466 S EARLY DUKE ST.**

Sponsor's Signature: *[signed]*

City, State, Zip: **WEST VALLEY, UT 84120**

Phone Number: **801-966-2636**

Email: **fred@fredcox4utah.com**

Subscribed and affirmed before me this **4** day of **March** 20**23**,
by *[signed]*
*Notary Public*

Notary Seal:
**CALLIE LASSON**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 725299
COMM. EXP. 06/21/2026

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print               Application must be completed by five sponsors

## Sponsor Statement

I, **James R Owens**, affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

Residence Address: **1186 W 5525 S**

Sponsor's Signature: *(signed)*

City, State, Zip: **Riverdale, UT 84405**

Phone Number: **801-580-8038**

Email: **jimowenssvc@gmail.com**

Subscribed and affirmed before me this **4** day of **March** 20**23**,

by *(Notary signature)*
Notary Public

**BRAYDON R RICHINS**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 713600
COMM. EXP. 08/19/2024

## Sponsor Statement

I, **Jennifer R. Garner**, affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

Residence Address: **217 Aircraft Ave**

Sponsor's Signature: *(signed)*

City, State, Zip: **Layton, UT 84041**

Phone Number: **801-513-8488**

Email: **jennifergg@yahoo.com**

Subscribed and affirmed before me this **4** day of **March** 20**23**,

by *(Notary signature)*
Notary Public

**BRAYDON R RICHINS**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 713600
COMM. EXP. 08/19/2024

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

## Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

### Sponsor Statement

I, **Robert McEntee**, affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**1939 W 700 S**
Residence Address

Sponsor's Signature

**Ogden, UT 84404**
City, State, Zip

**801-695-7511**
Phone Number

Notary Seal

**Setfreeeee@yahoo.com**
Email

Subscribed and affirmed before me this **4th** day of **March** 20**23**,

by **Carlyle Jones**
Notary Public

CARLYLE JONES
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 719807
COMM. EXP. 08/10/2025

### Sponsor Statement

I, **Blair Brandenburg**, affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

**1627 Canyon Road**
Residence Address

Sponsor's Signature

**Ogden Ut 84404**
City, State, Zip

**310-314-7325**
Phone Number

Notary Seal

**Blair@WeberCountyConservatives.com**
Email

Subscribed and affirmed before me this **4th** day of **March** 20**23**,

by **Carlyle Jones**
Notary Public

CARLYLE JONES
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 719807
COMM. EXP. 08/10/2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Angela Trease__ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

Residence Address: __4819 Cattle Dr.__

Sponsor's Signature: __Angi Trease__

City, State, Zip: __Mountain Green, UT 84050__

Phone Number: __801-644-4849__

Email: __angietrease@gmail.com__

Subscribed and affirmed before me this __5__ day of __March__ 20__23__
by __Cynthia A Perkins__
Notary Public

Notary Seal:
CYNTHIA PERKINS
Notary Public - State of Utah
Comm. No. 728990
My Commission Expires on
Jan 25, 2027

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

Residence Address: _____

Sponsor's Signature: _____

City, State, Zip: _____

Phone Number: _____

Email: _____

Subscribed and affirmed before me this ____ day of ____ 20____,
by _____
Notary Public

Notary Seal

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

LEGISLATIVE GENERAL COUNSEL  
₡ Approved for Filing: G. Harb ₡  
₡ 03-01-23 5:57 PM ₡

S.B. 31  
4th Sub. (Pumpkin)

Representative **Mike Schultz** proposes the following substitute bill:

# STATE FLAG AMENDMENTS
## 2023 GENERAL SESSION
## STATE OF UTAH
**Chief Sponsor: Daniel McCay**

House Sponsor: Mike Schultz

1  
2  
3  
4  
5  
6  
7 **LONG TITLE**  
8 **General Description:**  
9     This bill addresses the state flag of Utah.  
10 **Highlighted Provisions:**  
11     This bill:  
12     ▸ establishes a new state flag of Utah;  
13     ▸ describes the design and meaning of the new state flag;  
14     ▸ designates the current state flag as the historical state flag;  
15     ▸ provides for the display of both flags; and  
16     ▸ depicts the flags in images.  
17 **Money Appropriated in this Bill:**  
18     None  
19 **Other Special Clauses:**  
20     This bill provides a special effective date.  
21 **Utah Code Sections Affected:**  
22 ENACTS:  
23     **63G-1-503**, Utah Code Annotated 1953  
24 REPEALS AND REENACTS:  
25     **63G-1-501**, as last amended by Laws of Utah 2021, Chapter 205



4th Sub. S.B. 31

26
27  *Be it enacted by the Legislature of the state of Utah:*
28      Section 1. Section 63G-1-501 is repealed and reenacted to read:
29                        **Part 5. State Flags**
30      **63G-1-501.  State flag -- Description -- Image -- Display.**
31      (1) The state flag of Utah shall be a rectangle that has a width to length ratio of three to
32  five and contain the following:
33      (a) two irregular, horizontal lines dividing the flag into three separate segments, of
34  which:
35      (i) the top segment:
36      (A) is located above the higher horizontal line; and
37      (B) is shaded in blue;
38      (ii) the middle segment:
39      (A) is located between the two horizontal lines;
40      (B) is shaded in white;
41      (C) at the higher horizontal line, takes the shape of a mountain with five peaks, the
42  center peak being the tallest and following the shape of the highest point of the hexagon
43  described in Subsection (1)(b); and
44      (D) at the lower horizontal line, follows the shape of the lowest point of the hexagon
45  described in Subsection (1)(b); and
46      (iii) the bottom segment:
47      (A) is located below the lower horizontal line; and
48      (B) is shaded in red;
49      (b) one hexagon that:
50      (i) is shaded in blue;
51      (ii) contains a smaller gold hexagon outline; and
52      (iii) is placed within the center of the middle segment described in Subsection
53  (1)(a)(ii);
54      (c) one beehive that:
55      (i) is shaded in gold;
56      (ii) contains five hive sections with a small semicircle removed from the center of the

57    base of the lowest section; and
58            (iii) is placed within the center of the hexagon described in Subsection (1)(b); and
59        (d) one five-pointed Utah star that:
60        (i) is shaded in white; and
61        (ii) is placed below the center of the beehive described in Subsection (1)(c).
62        (2) The state flag shall represent and symbolize the following:
63        (a) the beehive described in Subsection (1)(c) symbolizes industry, community, and the
64    year 1847, the year in which pioneers first settled Utah;
65        (b) the Utah star described in Subsection (1)(d) symbolizes hope and the year 1896, the
66    year in which Utah was admitted to statehood;
67        (c) the hexagon described in Subsection (1)(b) symbolizes the strength of Utah's
68    people;
69        (d) the top segment described in Subsection (1)(a)(i) represents Utah's skies and
70    symbolizes faith;
71        (e) the middle segment described in Subsection (1)(a)(ii) represents Utah's snowy
72    mountains and peace, the peaks of which symbolize Utah's indigenous peoples; and
73        (f) the bottom segment described in Subsection (1)(a)(iii) represents the red rocks of
74    Southern Utah and symbolizes perseverance and the state's unique landscapes.
75        (3) The state flag shall appear consistent with the following image:

76



77        (4) The state flag shall be available in the public domain and be displayed on all

78  occasions when the state is officially and publicly represented, with the privilege of use by all
79  citizens upon any occasion deemed fitting and appropriate.
80        (5) The lieutenant governor shall establish standards and specifications for the
81  manufacture and display of the state flag.
82        Section 2. Section **63G-1-503** is enacted to read:
83        **63G-1-503. Historic state flag -- Description -- Image -- Display.**
84        (1) The historic state flag shall be a flag of blue field, with the following device
85  worked in natural colors on the center of the blue field:
86        (a) in the center a shield;
87        (b) above the shield and thereon an American eagle with outstretched wings;
88        (c) the top of the shield pierced with six arrows arranged crosswise;
89        (d) upon the shield under the arrows the word "Industry," and below the word
90  "Industry" on the center of the shield, a beehive;
91        (e) on each side of the beehive, growing sego lilies;
92        (f) below the beehive and near the bottom of the shield, the word "Utah";
93        (g) below the word "Utah" and on the bottom of the shield, the figures "1847";
94        (h) behind the shield, there shall be two American flags on flagstaffs placed crosswise
95  with the flags so draped to project beyond each side of the shield, the heads of the flagstaffs
96  appearing in front of the eagle's wings and the bottom of each staff appearing over the face of
97  the draped flag below the shield;
98        (i) below the shield and flags and upon the blue field, the figures "1896"; and
99        (j) around the entire design, a narrow circle in gold.
100       (2) The historic state flag shall appear consistent with any of the following three
101 images:

102 

103 



104

105        (3) All citizens maintain the right to use the historic state flag upon any occasion
106    deemed fitting and appropriate.
107        (4) The lieutenant governor shall establish standards and specifications for the
108    manufacture and display of the historic state flag.
109        (5) The historic state flag shall be displayed:
110        (a) on state property during legal holidays described in Section 63G-1-301, as deemed
111    appropriate by the governor; and
112        (b) on the capitol hill complex, as defined in Section 63C-9-102, during the annual
113    general session of the Legislature.
114        (6) (a) The historic state flag may be displayed on state property for ceremonial
115    purposes, so long as the flag is serviceable.
116        (b) The historic state flag shall be replaced by the state flag of Utah, as described in
117    Section 63G-1-501, when the historic state flag is not displayed for ceremonial purposes.
118        (c) When displaying the historic state flag on public grounds in any location where the
119    state flag of Utah, as described in Section 63G-1-501, is also displayed, the governmental
120    entity responsible for the display of the flags shall ensure that the historic state flag is displayed
121    beneath the state flag of Utah.
122        Section 3. **Effective date.**
123        This bill takes effect on March 9, 2024.