

# STATE OF UTAH

**SPENCER J. COX**
GOVERNOR

OFFICE OF THE LIEUTENANT GOVERNOR
SALT LAKE CITY, UTAH
84114-2220

**DEIDRE M. HENDERSON**
LIEUTENANT GOVERNOR

James Whitney Cook
Chad Grady Saunders
Fred Cox
James R Owens
Jennifer R. Garner
Robert McEntee
Blair Brandenburg
Angela Trease

Determination of S.B. 31 State Flag Amendments Referendum

Via email to fred@fredcox4utah.com


Dear Sponsors:

For a statewide referendum to qualify for the ballot, sponsors are required to gather 134,298 valid signatures from 15 of the 29 Senate Districts. The deadline to submit these signatures to county clerks was 5 p.m. on April 12, 2023. Clerks validated 21,030 signatures and rejected 2,117 signatures. An additional 28,449 signatures were submitted to county clerks that have not been verified. Because the required signature threshold was not met, I hereby determine S.B. 31 State Flag Amendments Referendum is insufficient, and therefore will not be placed on the ballot.

Deidre M. Henderson
Lieutenant Governor