May 2, 2023

Received

MAY U 2 2023

Deidre M. Henderson
Lieutenant Governor

Diedre M. Henderson
Utah Lieutenant Governor's Office
Utah State Capitol Building, Suite 220

RE:    Restoring the Utah State Flag

Lieutenant Governor Henderson:

We, the undersigned residents of Utah, respectfully submit and sponsor the following
application for a proposed law, titled **RESTORING THE UTAH STATE FLAG,** and
request that it be presented to registered voters in Utah for their approval or rejection at
the next regular general election on November 5, 2024, in the manner provided by law.

As we believe that S.B. 31, Laws of Utah 2023, Chapter 451, will cause division within
our state by creating two flags, we propose a law that repeals S.B. 31 and restores the
Utah state flag, pictured below, as the one and only official state flag.



Voters of Utah in favor of **RESTORING THE UTAH STATE FLAG** would rally Utah
citizens around one flag and preserve Utah's history. Instead of rebranding Utah, it will
inspire patriotism towards the state of Utah, making residents proud to call oneself a
Utahn. The proposed law requires that any future desire to change the Utah state flag
must be put to the ballot for registered voters in Utah to reject or accept.

Included with this proposed law are the names, residential addresses, and notarized
signatures of at least five sponsors and a copy of the text of the proposed law. Fred Cox
is designated sponsor and the main point of contact between the sponsors and the
Lieutenant Governor's office.

Once this application is accepted, persons gathering signatures for the petition will not
be paid. Their efforts will be on a voluntary basis.

If you have any question or concerns, please contact Fred Cox.

Thank you.

Tracie Halvorsen, Fred Cox, Amy Lloyd, Chad Saunders, Teri Bishop, and 50+
sponsors

1
2
3 **RESTORING THE UTAH STATE FLAG**
4
5
6
7
8 **STATE OF UTAH**
9
10
11 **Sponsor:** Each sponsor is a resident of Utah.
12
13
14 **LONG TITLE**
15 **General Description:**
16     This bill repeals S.B. 31, Laws of Utah 2023, Chapter 451 restoring the state flag of Utah and directs
17 the lieutenant governor to submit all proposed modifications and expenditures of the state flag to the
18 voters of the state.
19 **Highlighted Provisions:**
20     This bill:
21     ▸   repeals S.B. 31, Laws of Utah 2023, Chapter 451
22     ▸   provides for one Utah flag;
23     ▸   provides all proposed adoptions of a new state flag be submitted to the voters of the state;
24     ▸   provides modifications and expenditures of the state flag to be submitted to the voters;
25     ▸   depicts the flag in images.
26 **Money Appropriated in this Bill:**
27     None
28 **Other Special Clauses:**
29 This bill provides a special effective date.
30 **Utah Code Sections Affected:**
31 REPEALS:
32     S.B. 31, Laws of Utah 2023, Chapter 451
33     63G-1-503, Utah Code Annotated 1953
34 REPEALS AND REENACTS:
35     63G-1-501, as last amended by Laws of Utah 2023, Chapter 451
36 ENACTS:
37     63G-1-502, Utah Code Annotated 1953

38

39 *Be it enacted by the Voters of the state of Utah:*

40 Section 1. Section **63G-1-501** is repealed and reenacted to read:

41

42 **Part 5. State Flag**

43

44 **63G-1-501. State flag -- Description -- Image -- Display.**

45 (1) The state flag shall be a flag of blue field, with the following device worked in natural colors on the

46 center of the blue field:

47 (a) in the center a shield;

48 (b) above the shield and thereon an American eagle with outstretched wings;

49 (c) the top of the shield pierced with six arrows arranged crosswise;

50 (d) upon the shield under the arrows the word "Industry," and below the word "Industry" on the center

51 of the shield, a beehive;

52 (e) on each side of the beehive, growing sego lilies;

53 (f) below the beehive and near the bottom of the shield, the word "Utah";

54 (g) below the word "Utah" and on the bottom of the shield, the figures "1847";

55 (h) behind the shield, there shall be two American flags on flagstaffs placed crosswise with the flags

56 so draped to project beyond each side of the shield, the heads of the flagstaffs appearing in front of the

57 eagle's wings and the bottom of each staff appearing over the face of the draped flag below the shield;

58 (i) below the shield and flags and upon the blue field, the figures "1896"; and

59 (j) around the entire design, a narrow circle in gold.

60 (2) The state flag shall appear consistent with the following image:

61 

61

62  Section 2. Section **63G-1-502** is enacted to read:

63     **63G-1-502. State flag – Changes.**

64     (1) The lieutenant governor shall submit all proposed adoptions of a new state flag to the voters of the

65  state at the next regular general election in the manner provided by law.

66     (2) The lieutenant governor shall submit all proposed expenditures to modify the state flag, including

67  but not limited to creating commissions to consider a new state flag, to the voters of the state at the next

68  regular general election in the manner provided by law.

69     **63G-1-503. Severability clause.**

70     If any provision of 2024 General Election Restoring the Utah State Flag or application of any provision

71  of 2024 General Election Restoring the Utah State Flag to any person or circumstance is held invalid by a

72  final decision of a court of competent jurisdiction, the remainder of 2024 General Election Restoring the

73  Utah State Flag are severable.

74     Section 3. **Effective date.**

75     This bill has a retroactive effect of March 22, 2023.

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                     Application must be completed by five sponsors

## Sponsor Statement

I, _Lydia Westover_ affirm that I am registered to vote in Utah
    Name of Sponsor (please type or print)

_989 N. Woodridge Dr_     _Lydia Westover_
    Residence Address                 Sponsor's Signature

_Kaysville, Utah 84037_   _801-513-7479_     Notary Seal
    City, State, Zip         Phone Number

_lydiawestover@gmail.com_
            Email

Subscribed and affirmed before me this _28_ day of _April_ 20_23_,

by _____
         Notary Public

> GABRIEL CHAMBERLAIN
> Notary Public - State of Utah
> Comm. No. 724752
> My Commission Expires on
> May 16, 2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
    Name of Sponsor (please type or print)

_____     _____
    Residence Address                 Sponsor's Signature

_____    _____     Notary Seal
    City, State, Zip         Phone Number

_____
            Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
         Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _Tracie Halvorsen_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_12554 S. 4260 W._
Residence Address

_Sponsor's Signature_

_Riverton UT 84096_
City, State, Zip

_801-688-3594_
Phone Number

Notary Seal

_restoreutahsflag@gmail.com_
Email

Subscribed and affirmed before me this _1st_ day of _May_ 20 _23_,

by

_Henry J. Alas_
Notary Public

**HENRY A. ALAS**
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 725932
COMM. EXP. 07-27-2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20 ___,

by

_____
Notary Public

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

## Sponsor Statement

I, FRED C. COX affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

4466 EARLY DUKE ST.
Residence Address
84/20

Sponsor's Signature

WEST VALLEY CITY, UT          801-966-2636
City, State, Zip                Phone Number

Notary Seal

fred @ fred cox 4 UTAH, com.
Email

Subscribed and affirmed before me this 28 day of April 2022.

by

Notary Public

PARKER WOOD
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 716070
COMM. EXP. 01/08/2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Amy Lloyd__ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

__272 W Goodale Dr__        __Amy Lloyd__
Residence Address                               Sponsor's Signature

__Ogden UT 84404__       __801-628-8598__       Notary Seal
City, State, Zip                    Phone Number

__amy.jlloyd@gmail.com__
Email

Subscribed and affirmed before me this __01__ day of __May__ 20 __23__

by __Chelsey Adams__
Notary Public

NOTARY PUBLIC
CHELSEY ADAMS
COMM. # 714409
MY COMMISSION EXPIRES
OCTOBER 01, 2024
STATE OF UTAH

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____        _____
Residence Address                               Sponsor's Signature

_____       _____       Notary Seal
City, State, Zip                    Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, ___Teri L. Bishop___ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

___83 Osmond Ln___
Residence Address

_____
Sponsor's Signature

___Provo   ut   84604___   ___760-522-5122___     Notary Seal
City, State, Zip                              Phone Number

___Teribishop2165@ gmail 'Cen.___
Email

Subscribed and affirmed before me this __1st__ day of __May__ 20_23_.

by _____
Notary Public

DAVIS CLARK
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 723052
COMM. EXP. 02/14/2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Ed Miller_ ____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_482 Park Way Avenue East_ _____
Residence Address                                    Sponsor's Signature

_Tooele, ut  84074_   _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_            Notary Seal
City, State, Zip          Phone Number

_mbatubseyahoo.com_
Email

Subscribed and affirmed before me this __1__ day of _MAY_ __20 23__

by _____
Notary Public

**JARED HAMNER**
Notary Public  State of Utah
My Commission Exp. 06/15/2024
Commission # 712548

---

## Sponsor Statement

I, _Chad G Saunders_ ____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_4901 Country Club_ _____
Residence Address                                    Sponsor's Signature

_Stansbury Park, ut 84074  801-852-3280_       Notary Seal
City, State, Zip         Phone Number

_Chad.g.saunders@gmail.com_
Email

Subscribed and affirmed before me this __1__ day of _MAY_ __20 23__

by _____
Notary Public

**JARED HAMNER**
Notary Public  State of Utah
My Commission Exp. 06/15/2024
Commission # 712548

**To File This Form**
Mail or deliver to
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Michelle Roberts_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_171 W 1175 N_
Residence Address

_Sunset Ut 84015_     _Michelle Roberts_
City, State, Zip                          Sponsor's Signature

_801-589-9772_     Notary Seal
Phone Number

_shellrob1971@gmail.com_
Email

Subscribed and affirmed before me this _____ day of _____ 20____

by _____
Notary Public

## Sponsor Statement

I, _Michelle Roberts_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_171 W 1175 N_
Residence Address

_Sunset UT 84015_     _Michelle Roberts_
City, State, Zip                          Sponsor's Signature

_801-589-9772_     Notary Seal
Phone Number

_shellrob1971@gmail.com_
Email

Subscribed and affirmed before me this _28_ day of _April_ 20_23_

by _Shelley Cannon_
Notary Public

**SHELLEY CANNON**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 714803
COMM. EXP. 10/20/2024

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _Nathan K Affleck_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_784 S, 3225 W_
Residence Address

_Nate M_
Sponsor's Signature

_Syracuse, UT 84075_
City, State, Zip

_801-628-0970_
Phone Number

Notary Seal

_nateaffleck@gmail.com_
Email

Subscribed and affirmed before me this _29_ day of _April_ 20_23_,

by

_Martha Monroy_
Notary Public

```
MARTHA MONROY
Notary Public - State of Utah
Comm. No. 720448
My Commission Expires on
Sep 13, 2025
```

State of _UTAH_ County of _DAVIS_
Subscribed and sworn before me on _4/29/23_
(Date)

_Martha Monroy_
(Notary Signature)

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                          Application must be completed by five sponsors

## Sponsor Statement

I, _Michael Travis Lee_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_6498 W Kings Estate Dr_      _Michael Lee_
Residence Address                    Sponsor's Signature

_WVC, Ut 84128_    _385-443-0177_    Notary Seal
City, State, Zip              Phone Number

_IMLeeCDoit@gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20 _23_

by _____
Notary Public

> APRIL WORKMAN DAVIS
> Notary Public - State of Utah
> Comm. No. 721527
> My Commission Expires on
> Nov 12, 2025

## Sponsor Statement

I, _Angelo Dean Hermansen_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3640 W El Glen Ave_      _AMJOHun_
Residence Address                    Sponsor's Signature

_WVC, Utah 84120_    _801-696-7177_    Notary Seal
City, State, Zip              Phone Number

_bayz4ang@gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20 _23_

by _____
Notary Public

> APRIL WORKMAN DAVIS
> Notary Public - State of Utah
> Comm. No. 721527
> My Commission Expires on
> Nov 12, 2025

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

For More Information Call or Visit:
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                    Application must be completed by five sponsors

## Sponsor Statement

I, _Tina Hermansen_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3640 W El Glen Ave_                    _Tina_
Residence Address                       Sponsor's Signature

_WVC    Ut 84120_    _801-706-7499_
City, State, Zip         Phone Number         Notary Seal

_pryncesstina91@gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20_23_

by _____
Notary Public

APRIL WORKMAN DAVIS
Notary Public - State of Utah
Comm. No. 721527
My Commission Expires on
Nov 12, 2025

## Sponsor Statement

I, _Milton Ross Workman_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3968 S 3715 W_                    _Milton Ross Workman_
Residence Address                       Sponsor's Signature

_WVC, Utah 84120_    _801-967-0868_
City, State, Zip         Phone Number         Notary Seal

_ross_workman@comcast.net_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20_23_

by _____
Notary Public

APRIL WORKMAN DAVIS
Notary Public - State of Utah
Comm. No. 721527
My Commission Expires on
Nov 12, 2025

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |
|  |

## Sponsor Statement

I, _Mildred G Shinsel_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3968 S 3715 W_          _Mildred G Shinsel_
Residence Address                                    Sponsor's Signature

_WVC , Ut 84120_          _801-967-0868_     Notary Seal
City, State, Zip                    Phone Number

_lshmellymellie@gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20 _23_

by _____

_____
Notary Public

APRIL WORKMAN DAVIS
Notary Public - State of Utah
Comm. No. 721527
My Commission Expires on
Nov 12, 2025

## Sponsor Statement

I, _Judith Emma Workman_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_3968 S 3715 W_          _Judith Emma Workman_
Residence Address                                    Sponsor's Signature

_WVC, Utah 84120_     _801-967-0868_     Notary Seal
City, State, Zip                    Phone Number

_ross_workman@comcast.net_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20 _23_

by _____

_____
Notary Public

APRIL WORKMAN DAVIS
Notary Public - State of Utah
Comm. No. 721527
My Commission Expires on
Nov 12, 2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

### Sponsor Statement

I, _Bryan Dean Hermansen_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_3640 W El Glen Ave_
Residence Address

_Sponsor's Signature_

_WVC , Utah 84120_ _801-706-7496_
City, State, Zip                      Phone Number

Notary Seal

_bryan68hermansen @ gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20_23_

by _____

Notary Public

APRIL WORKMAN DAVIS
Notary Public - State of Utah
Comm. No. 721527
My Commission Expires on
Nov 12, 2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _Sean Thomas Shinsel_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3968 S 3715 W_
Residence Address

_Sponsor's Signature_

_WVC, Ut 84120_
City, State, Zip

_385-495-2550_
Phone Number

Notary Seal

_SeanShinsel@gmail.com_
Email

Subscribed and affirmed before me this _30_ day of _April_ 20_23_

by _____

Notary Public

> APRIL WORKMAN DAVIS
> Notary Public · State of Utah
> Comm. No. 721527
> My Commission Expires on
> Nov 12, 2025

## Sponsor Statement

I, _____ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____

Notary Public

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



---

**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

---

Please type or print                                    Application must be completed by five sponsors

## Sponsor Statement

I, _JoAnn S. Kidd_ affirm that I am registered to vote in Utah
<u>Name of Sponsor (please type or print)</u>

_23770 N. 11600 E_                          _JoAnn S Kidd_
<u>Residence Address</u>                          <u>Sponsor's Signature</u>

_Fairview, UT 84629_          _847-347-6477_          Notary Seal
<u>City, State, Zip</u>                  <u>Phone Number</u>

_JoAnnKidd128@yahoo.com_
<u>Email</u>

Subscribed and affirmed before me this _28_ day of _April_ 20_23_

by _Nicole Shepherd_
<u>Notary Public</u>

> **NICOLE SHEPHERD**
> NOTARY PUBLIC · STATE OF UTAH
> My Commission Expires March 20, 2027
> COMMISSION NUMBER 730071

---

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
<u>Name of Sponsor (please type or print)</u>

_____          _____
<u>Residence Address</u>                          <u>Sponsor's Signature</u>

_____          _____          Notary Seal
<u>City, State, Zip</u>                  <u>Phone Number</u>

_____
<u>Email</u>

Subscribed and affirmed before me this _____ day of _____ 20____,

by

<u>Notary Public</u>

---

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Amy Minshall__ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

__3491 W. 10025 S.__
Residence Address

_Sponsor's Signature_

__South Jordan, Utah  84095__
City, State, Zip

__801-518-3341__
Phone Number

Notary Seal

__agminshall@hotmail.com__
Email

Subscribed and affirmed before me this __28th__ day of __April__ 20__23__.

by _____
Notary Public

MARY R. OLIVER
Notary Public, State of Utah
Commission #706197
My Commission Expires
05-12-2023

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____
Notary Public

### To File This Form
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

### For More Information Call or Visit:
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                  Application must be completed by five sponsors

## Sponsor Statement

I, _KARL KNIGHTON_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_1027 E 300 N_
Residence Address

_BRIGHAM CITY, UT 84302_    _801-391-0621_
City, State, Zip                              Phone Number

Sponsor's Signature

Notary Seal

_KARL.KNIGHTON@GMAIL.COM_
Email

Subscribed and affirmed before me this _28_ day of _April_ 20_23_,

by _____
Notary Public

NOTARY PUBLIC
Ross L Stanton
710244
Commission Expires
February 15, 2024
STATE OF UTAH

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
City, State, Zip                              Phone Number

Sponsor's Signature

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
Notary Public

---

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                    Application must be completed by five sponsors

## Sponsor Statement

I, **Lane Egan Stevens** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**73 S Matterhorn Dr**
Residence Address                                       Sponsor's Signature

**Alpine, UT  84004**          **801-362-5263**          Notary Seal
City, State, Zip                         Phone Number

**lane@computer.org**
Email

Subscribed and affirmed before me this ⊇⊘ day of April 20 23.

by Lane Egan Stevens

**KARLIE MURRAY**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 726088
COMM. EXP. 08/08/2026

Karlie Murray

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address                                       Sponsor's Signature

_____                              Notary Seal
City, State, Zip                         Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by

_____
Notary Public

**To File This Form**
Mail or deliver to
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum

Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, **Stephanie Wood Stevens** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

73 S Matterhorn Dr
Residence Address

*Stephanie Wood Stevens*
Sponsor's Signature

Alpine, UT 84004
City, State, Zip

801-369-2818
Phone Number

Notary Seal

skwstevens@gmail.com
Email

Subscribed and affirmed before me this 28 day of April 20 23.

by Stephanie Wood Stevens

**KARLIE MURRAY**
**NOTARY PUBLIC • STATE OF UTAH**
**COMMISSION NO. 726088**
**COMM. EXP. 08/08/2026**

*Karlie Murray*

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20___.

by

_____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Nancy J. Inman__ affirm that I am registered to vote in Utah

Name of Sponsor (please type or print)

__5302 S. 4200 W__
Residence Address

Sponsor's Signature

__Roy Ut  84067__   __916 396 4395__
City, State, Zip          Phone Number

Notary Seal

__nancy j Inman @ gmail. com__
Email

Subscribed and affirmed before me this __28__ day of __April__ 20__23__,

by _____
Notary Public

**RAMSEY WILKINSON**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 707747
COMM. EXP. 08/12/2023

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah

Name of Sponsor (please type or print)

_____
Residence Address

Sponsor's Signature

_____
City, State, Zip          Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Joseph Andrew Livingston_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_1554 E 8600 S._
Residence Address

_Sandy    Ut , 84093_
City, State, Zip

Sponsor's Signature

_(801) 372-2590_
Phone Number

Notary Seal

_Joe livingston 210@Gmail.com_
Email

Subscribed and affirmed before me this _28_ day of _April_ 20 _23_.

by _____
Notary Public

NOTARY PUBLIC
ASHTON RICH
COMM. # 725316
MY COMMISSION EXPIRES
JUNE 22, 2026
STATE OF UTAH

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

Sponsor's Signature

_____
City, State, Zip

Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                          Application must be completed by five sponsors

## Sponsor Statement

I, CATHERINE DUKE _____ affirm that I am registered to vote in Utah
*Name of Sponsor (please type or print)*

3881 W 12280 S _____        Catherine Duke _____
*Residence Address*                                *Sponsor's Signature*

Riverton UT 84065  801-599-8802        **Notary Seal**
*City, State, Zip*              *Phone Number*

Cathy MacInnes @ yMail. com _____
*Email*

Subscribed and affirmed before me this 28 day of April   20___

by _Linda Kay Schiele_____
*Notary Public*

> LINDA KAY SCHIELE
> Notary Public, State of Utah
> Commission # 730022
> My Commission Expires
> March 26, 2027

## Sponsor Statement

I, Shannon Macinnes _____ affirm that I am registered to vote in Utah
*Name of Sponsor (please type or print)*

733 W. Serra Way #J-204    Shannon Macinnes _____
*Residence Address*                                *Sponsor's Signature*

South Jordan, UT. 84095 _____        **Notary Seal**
*City, State, Zip*              *Phone Number*

Shannonmacinnes142@gmail.com _____
*Email*

Subscribed and affirmed before me this 29 day of April   20 23

by _Linda Kay Schiele_____
*Notary Public*

> LINDA KAY SCHIELE
> Notary Public, State of Utah
> Commission # 730022
> My Commission Expires
> March 26, 2027

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

## Sponsor Statement

I, __Mike Brown__ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

__2042 Foss Circle Bountiful 84010__
Residence Address

_(signature)_
Sponsor's Signature

__Bountiful, UT 84010__          __801-370-6658__
City, State, Zip                          Phone Number

__mikebrown@reagan.com__
Email

Subscribed and affirmed before me this ___ day of __May__ 20__23__

by _(signature)_
    Notary Public

_(Notary Seal)_

**DAN BADDLEY**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 718317
COMM. EXP. 5-24-2025
Notary Seal

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| | |
|---|---|
| | Name of Organization |

## Sponsor Statement

I, _Winston Barlow_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_2970 N. 1175 W._
Residence Address

_[signature]_
Sponsor's Signature

City, State, Zip               Phone Number

Notary Seal

Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by

Notary Public

## Sponsor Statement

I, _Winston Barlow_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_2970 N. 1175 W._
Residence Address

_[signature]_
Sponsor's Signature

_Layton UT  84041_
City, State, Zip

_435-310-1194_
Phone Number

Notary Seal

_winston4utah@gmail.com_
Email

Subscribed and affirmed before me this _29_ day of _April_ 20_23_,

by

_Martha Monroy_
Notary Public

MARTHA MONROY
Notary Public - State of Utah
Comm. No. 720448
My Commission Expires on
Sep 13, 2025

State of _Utah_ County of _Davis_
Subscribed and sworn before me on _4/29/23_
(Date)

_Martha Monroy_
(Notary Signature)

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                    Application must be completed by five sponsors

## Sponsor Statement

I, _JAIME Wadman_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3162 N. Fort Lane_                   _Jaime Woolmee_
Residence Address                              Sponsor's Signature

_Layton, UT 84041_    _801-577-4815_         Notary Seal
City, State, Zip              Phone Number

_jlwadman51@gmail.com_
Email

Subscribed and affirmed before me this _29_ day of _April_  20_23_

by _Lisa M Wh__
Notary Public

> LISA M WHITNEY
> Notary Public - State of Utah
> Comm. No. 709979
> My Commission Expires on
> Jan 13, 2024

## Sponsor Statement

I, _Jennifer Garner_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_247 Aircraft Ave_
Residence Address                              Sponsor's Signature

_Layton, UT 84041_   _801-573-8488_          Notary Seal
City, State, Zip            Phone Number

_jennifergn@yahoo.com_
Email

Subscribed and affirmed before me this _29_ day of _April_  20_23_

by _Lisa M Wh__
Notary Public

> LISA M WHITNEY
> Notary Public - State of Utah
> Comm. No. 709979
> My Commission Expires on
> Jan 13, 2024

---

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                          Application must be completed by five sponsors

## Sponsor Statement

I, _Gina Haraguchi_ affirm that I am registered to vote in Utah
    Name of Sponsor (please type or print)

_3020 W. Gentile St._
    Residence Address                        Sponsor's Signature

_Layton     UT   84041_      _801.928.0153_        Notary Seal
    City, State, Zip               Phone Number

_Lguch2003@yahoo.com_
    Email

Subscribed and affirmed before me this _29th_ day of _April_ 20_29_.

by _____
        Notary Public

TAYLOR SCHILDKNECHT
Notary Public - State of Utah
Comm. No. 722052
My Commission Expires on
Dec 20, 2025

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
    Name of Sponsor (please type or print)

_____
    Residence Address                        Sponsor's Signature

_____         Notary Seal
    City, State, Zip               Phone Number

_____
    Email

Subscribed and affirmed before me this _____ day of _____ 20___.

by _____
        Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

---

## Sponsor Statement

I, _Bruce Kupfer_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_1971 E 1300 N_
Residence Address

_Bruce Kupfer_
Sponsor's Signature

_Layton, UT 84040_
City, State, Zip

_801-529-5755_
Phone Number

Notary Seal

_bkihk1@gmail.com_
Email

Subscribed and affirmed before me this _29_ day of _April_ 20_23_

by

_Martha Monroy_
Notary Public

MARTHA MONROY
Notary Public - State of Utah
Comm. No. 720448
My Commission Expires on
Sep 13, 2025

---

State of _UTAH_ County of _Davis_
Subscribed and sworn before me on _5/29/23_
(Date)

_Martha Monroy_
(Notary Signature)

# Application for an Initiative or Referendum

Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                     Application must be completed by five sponsors

## Sponsor Statement

I, __DAVID Johnson__ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

__1150 W Red Hills Pkwy #4__
Residence Address

__David John__
Sponsor's Signature

__Washington  Utah  84780__
City, State, Zip

__801-231-7859__
Phone Number

Notary Seal

__dajkbj2014@gmail.com__
Email

Subscribed and affirmed before me this __29th__ day of __April__ 20 __23__

by __Jocelyn Waters__

_____
Notary Public

> **JOCELYN WATERS**
> Notary Public - State of Utah
> Commission Number: 729667
> My Commission Expires on
> February 24, 2027

---

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

Notary Seal

_____
City, State, Zip

_____
Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by

_____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

## Sponsor Statement

I, _Britshana Barfuss_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

127 Barrington Way

_Britshana D. Barfuss_

Residence Address

Sponsor's Signature

Layton, Ut 84041

801-831-1065

City, State, Zip

Phone Number

Notary Seal

britshanaeliana95@gmail.com
Email

Subscribed and affirmed before me this 29ᵗʰ day of April 2023.

by

Notary Public

TAYLOR SCHILDKNECHT
Notary Public - State of Utah
Comm. No. 722052
My Commission Expires on
Dec 20, 2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

---

## Sponsor Statement

I, _Susan Lee_ affirm that I am registered to vote in Utah
<span>Name of Sponsor (please type or print)</span>

_1130 S. Roveche Ln._  _Susan Lee_
Residence Address  Sponsor's Signature

_Kaysville, UT 8403_  _801-725-6803_  Notary Seal
City, State, Zip  Phone Number

_Slee737@me.com_
Email

Subscribed and affirmed before me this _29th_ day of _April_ 20 _23_,

by

_____
Notary Public

TAYLOR SCHILDKNECHT
Notary Public - State of Utah
Comm. No. 722052
My Commission Expires on
Dec 20, 2025

---

## Sponsor Statement

I, _Susan Lee_ affirm that I am a registered to vote in Utah
<span>Name of Sponsor (please type or print)</span>

_____
Residence Address  Sponsor's Signature

_____
City, State, Zip  Phone Number  Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by

_____
Notary Public

# Application for an Initiative or Referendum

Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, **Michelle S. Hansen** affirm that I am registered to vote in Utah

Name of Sponsor (please type or print)

**11751 S. Atenis Dr. C. 106** *Michelle Hansen*

Residence Address — Sponsor's Signature

**South Jordan, Utah 84095** **801-865-1589** Notary Seal

City, State, Zip — Phone Number

**chellema@hotmail.com**

Email

Subscribed and affirmed before me this **30th** day of **April** 20**23**,

by _____

Notary Public

> Tracie Halvorsen
> Notary Public, State of Utah
> Commission # 719314
> My Commission Expires
> July 27, 2025

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah

Name of Sponsor (please type or print)

_____ _____

Residence Address — Sponsor's Signature

_____ _____ Notary Seal

City, State, Zip — Phone Number

_____

Email

Subscribed and affirmed before me this _____ day of _____ 20___,

by _____

Notary Public

**To File This Form**

Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                    Application must be completed by five sponsors

## Sponsor Statement

I, _Ashley Garside_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_4347 E. Evans Ranch Dr._          _Ashley Garside_
Residence Address                   Sponsor's Signature

_Eagle Mountain, Utah, 84005_   _801-885-7681_        Notary Seal
City, State, Zip                Phone Number

_abgx2916@gmail.com_
Email

Subscribed and affirmed before me this _30th_ day of _April_ 20_23_.

by _Craig Cook_
Notary Public

> RIQUEL COOK
> Notary Public, State of Utah
> Commission # 718626
> My Commission Expires On
> June 01, 2025

## Sponsor Statement

I, _Riley Garside_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_4347 E. Evans Ranch Dr._          _Riley Garside_
Residence Address                   Sponsor's Signature

_Eagle Mountain, UT, 84005_   _801-616-3656_        Notary Seal
City, State, Zip              Phone Number

_rileybgarside@gmail.com_
Email

Subscribed and affirmed before me this _30th_ day of _April_ 20_23_.

by _Craig Cook_
Notary Public

> RIQUEL COOK
> Notary Public, State of Utah
> Commission # 718626
> My Commission Expires On
> June 01, 2025

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                          Application must be completed by five sponsors

## Sponsor Statement

I, _Alvin Terrance Dickens_ affirm that I am registered to vote in Utah
   Name of Sponsor (please type or print)

_4279 S 1095 E_                              _Alvin Truman Dickens_
   Residence Address                                 Sponsor's Signature

_Washington, UT 84780_  _(435) 429-1234_                   Notary Seal
   City, State, Zip            Phone Number

_the terrydickens@gmail.com_
   Email

Subscribed and affirmed before me this ___1___ day of __May__ 20_23_

by _____
   Notary Public

**ABAGAYLE VIGIL**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 728270
COMM. EXP. 12/08/2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
   Name of Sponsor (please type or print)

_____                    _____
   Residence Address                                 Sponsor's Signature

_____   _____            Notary Seal
   City, State, Zip            Phone Number

_____
   Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
   Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

## Sponsor Statement

I, _____Dana Lewis_____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

414 E. 1790 N.
Residence Address

Pleasant Grove, UT 84062
City, State, Zip

801-888-6902
Phone Number

_____Dana Lewis_____
Sponsor's Signature

Makindreemz@yahoo.com
Email

Subscribed and affirmed before me this ___1st___ day of ___May___ 20_25_.

by _____
Notary Public

Notary Seal

NATHAN JONES
Notary Public - State of Utah
Comm. No. 729611
My Commission Expires on
Feb 23, 2027

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Janis Christensen_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_1233 E. 2250 N_
Residence Address

_N. Ogden, UT 84414_
City, State, Zip

_janischristensen @ gmail.com_
Email

_Janis Christensen_
Sponsor's Signature

_801-782-5600_
Phone Number

Notary Seal

Subscribed and affirmed before me this _1_ day of _May_ 20_23_.

by _____
Notary Public

JOSHUA CLAWSON
Notary Public, State of Utah
Commission # 730245
My Commission Expires On
March 27, 2027

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
City, State, Zip

_____
Email

_____
Sponsor's Signature

_____
Phone Number

Notary Seal

Subscribed and affirmed before me this _____ day of _____ 20___.

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _David W Christiansen_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_5455 W 10030 N_
Residence Address

Sponsor's Signature

_Highland UT 84003_     _801-763-9884_     Notary Seal
City, State, Zip     Phone Number

_david.u@gmail.com_
Email

Subscribed and affirmed before me this _1_ day of _May_ 20_23_

by _[signature]_
Notary Public

MICHAEL K. BALLANTYNE
NOTARY PUBLIC•STATE OF UTAH
COMMISSION# 709796
COMM. EXP. 12-26-2023

## Sponsor Statement

I, _B. Griselda christiansen_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_5455 W 10030 N_
Residence Address

Sponsor's Signature

_Highland Utah 84003_     _801 380-2581_     Notary Seal
City, State, Zip     Phone Number

_griseldac1@mail.com_
Email

Subscribed and affirmed before me this _1_ day of _may_ 20_23_.

by _[signature]_
Notary Public



MICHAEL K. BALLANTYNE
NOTARY PUBLIC•STATE OF UTAH
COMMISSION# 709796
COMM. EXP. 12-26-2023

# Application for an Initiative or Referendum

Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, __DAVID ANTONIO CHRISTIANSEN__ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

__5455 W 10030 N__
Residence Address

__HIGHLAND UT  84003__
City, State, Zip

__tonyrd43@hotmail.com__
Email

Sponsor's Signature

__801-602-8274__
Phone Number

Notary Seal

Subscribed and affirmed before me this __1st__ day of __May__ 20 __23__

by

Notary Public

MICHAEL K. BALLANTYNE
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 709796
COMM. EXP. 12-26-2023

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                  Application must be completed by five sponsors

## Sponsor Statement

I, Brenda Lea Watkins affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

120 Cottonwood Dr.                    _Brenda Lea Watkins_
Residence Address                              Sponsor's Signature

Pleasant View, UT 84414  801-391-9993        Notary Seal
City, State, Zip              Phone Number

BLWSNOW @ AOL.COM
Email

Subscribed and affirmed before me this __1st__ day of __May__ 20_23_

by _Kristen Aeschlimann_
Notary Public

**KRISTEN AESCHLIMANN**
**NOTARY PUBLIC • STATE OF UTAH**
**COMMISSION NO. 720413**
**COMM. EXP. 10/03/2025**

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____          _____
Residence Address                              Sponsor's Signature

_____          _____        Notary Seal
City, State, Zip                            Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____
Notary Public

| **To File This Form** | |
|---|---|
| Mail or deliver to: | |

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

State of _Utah_
§
County of _Weber_

Subscribed and sworn to before me on this __1st__ of __May__ in the

year 20_23_ by _Brenda Lea Watkins_
name of document signer

Witness my hand and official seal

_Kristen Aeschlimann_
Notary Signature

**KRISTEN AESCHLIMANN**
**NOTARY PUBLIC • STATE OF UTAH**
**COMMISSION NO. 720413**
**COMM. EXP. 10/03/2025**

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

Summit County Delegate

## Sponsor Statement

I, Anthony J. Sliger _____ affirm that I am a registered to vote in Utah

/Name of Sponsor (please type or print)

55 W. 100 So _____
Residence Address

Anthony J. Sliger
Sponsor's Signature

Henefer, UT 84033 _____
City, State, Zip

435 J-400-2007
Phone Number

Notary Seal

sligeranthony@gmail.com
Email

Subscribed and affirmed before me this __1st__ day of __May__ 20_23_

by _____
Notary Public

ALESSANDER CORNEJO
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 712503
COMM. EXP. 06/15/2024

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

Davis County Citizen

## Sponsor Statement

I, John A. SLIGER _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Sponsor's Signature

1433 N 1150 W
Residence Address

CLINTON, UT, 84015          8019108132          Notary Seal
City, State, Zip                Phone Number

Jdatmos@LIVE.com
Email

Subscribed and affirmed before me this ___1___ day of MAY 20 23

by

_____
Notary Public

ALESSANDER CORNEJO
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 712503
COMM. EXP. 06/15/2024

## Sponsor Statement

I, _____ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_____
Sponsor's Signature

_____
Residence Address

_____          Notary Seal
City, State, Zip                Phone Number

_____
Email

Subscribed and affirmed before me this ___ day of _____ 20 ___,

by

_____
Notary Public

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization
Summit County State
Delegate

## Sponsor Statement

I, Dawn M Langston _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

5561 100 So. Hereferr, UT 84033 _____ Dawn M Langston
Residence Address                                    Sponsor's Signature

Herefer, UT 84033 _____ 801-529-4747 _____ Notary Seal
City, State, Zip                    Phone Number

sonerd@yahoo.com
Email

Subscribed and affirmed before me this ___4th___ day of ___May___ 20_23_

by

_____
Notary Public

ALESSANDER CORNEJO
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 712503
COMM. EXP. 06/15/2024

## Sponsor Statement

I, _____ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address                                    Sponsor's Signature

_____
City, State, Zip                    Phone Number                    Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____

by

_____
Notary Public

# Application for an Initiative or Referendum

Utah Code § 20A-7-202



---

**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                    Application must be completed by five sponsors

## Sponsor Statement

I, _Stefani Williams_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_589 S. Westfield Rd_                    _Stefani Williams_
Residence Address                              Sponsor's Signature

_Toquerville, UT 84774_    _435 654-8454_       Notary Seal
City, State, Zip                  Phone Number

_____
Email

Subscribed and affirmed before me this __1__ day of _May_ 20_23_.

by _____
              Notary Public

DAISY FUENTES-LOERA
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/27/2024
Commission # 710825

---

## Sponsor Statement

I, _John C. Williams_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_589 S Westfield Rd_                    _John C Williams_
Residence Address                              Sponsor's Signature

_Toquerville, UT 84774_    _703 824 6995_       Notary Seal
City, State, Zip                  Phone Number

_____
Email

Subscribed and affirmed before me this ____ day of _May_ 20_23_.

by _____
              Notary Public

DAISY FUENTES-LOERA
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/27/2024
Commission # 710825

---

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

---

## Sponsor Statement

I, _Lynda Williams_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_1075 E Ramose_
Residence Address

_Lynda Williams_
Sponsor's Signature

_Toquerville  UT  84774_
City, State, Zip

_435-229-4732_
Phone Number

Notary Seal

_LWill9000@aol.com_
Email

Subscribed and affirmed before me this ___/___ day of _May_ 20_23_

by

_____
Notary Public

RUTH EVANS
Notary Public
State Of Utah
My Commission Expires 11-06-2023
COMMISSION NO. 709132

---

## Sponsor Statement

I, _Andrea Allred_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_1138 S Cholla_
Residence Address

_Andrea Allred_
Sponsor's Signature

_Toquerville ut  84774_
City, State, Zip

_801-910-9643_
Phone Number

Notary Seal

_andreaallred7717@outlook.com_
Email

Subscribed and affirmed before me this ___/___ day of _May_ 20_23_.

by

_____
Notary Public

DAISY FUENTES-LOERA
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/27/2024
Commission # 710825

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

Name of Organization

## Sponsor Statement

I, DrAnn DeMille affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

640 S Toquer Blvd
Residence Address

Sponsor's Signature

Toquerville, UT 84774 435-313-1505
City, State, Zip        Phone Number

Notary Seal

mightymom_435@hotmail.com
Email

Subscribed and affirmed before me this  1  day of  May  20 23

by

Notary Public

DAISY FUENTES-LOERA
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/27/2024
Commission # 710825

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, EDWIN R. WOOLLEY, JR. affirm that I am a registered to vote in Utah
**Name of Sponsor (please type or print)**

1750 SOUTH 1300 EAST
**Residence Address**

Sponsor's Signature

BOUNTIFUL, UT 84010   801-566-3166
**City, State, Zip**   **Phone Number**

Notary Seal

TEDERW@MSN.COM
**Email**

Subscribed and affirmed before me this 1st day of May 2023

by _____
**Notary Public**

MELEEA LARSEN
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 730170
COMM. EXP. 03/24/2027

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Sara Partridge_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_5915 Quail Creek Lane_
Residence Address

_Sara Partridge_
Sponsor's Signature

_Highland, Utah   84003_
City, State, Zip

_801-860-2029_
Phone Number

Notary Seal

_glensara@gmail.com_
Email

Subscribed and affirmed before me this _1_ day of _May_ 20 _23_

by _____
Notary Public

NICOLE J MILLS
NOTARY PUBLIC STATE OF UTAH
COMMISSION# 718059
COMM. EXP. 05-03-2025

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____

by

_____
Notary Public

To File This Form
Mail or deliver to
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

For More Information Call or Visit:
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum

Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Jennifer Savage_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_1232 Thomas Dr._
Residence Address

_Kaysville, UT 84037_
City, State, Zip

_jenniferdianasavage @ hotmail. com_
Email

_Jennifer Savage_
Sponsor's Signature

_801-628-0363_
Phone Number

Notary Seal

Subscribed and affirmed before me this _1st_ day of _May_ 20_23_.

by _Chance Zundel_
Notary Public

CHANCE ZUNDEL
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 719033
COMM. EXP. 06/29/2025

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                  Application must be completed by five sponsors

## Sponsor Statement

I, MICHELE VISARRAGA _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

2120 N STATE ST _____          _Michele Visarraga_
Residence Address                              Sponsor's Signature

SIGURD, UTAH 84657 _____      435/201-2327 _____    Notary Seal
City, State, Zip                                  Phone Number

visarragas@yahoo.com
Email

Subscribed and affirmed before me this ___1st___ day of _May_ 20_22_

by _____
Notary Public

SHERRI M. SAMPSON
Notary Public
State of Utah
My Commission Expires 04/06/2026
COMMISSION NUMBER 722046

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____          _____
Residence Address                              Sponsor's Signature

_____          _____    Notary Seal
City, State, Zip                                  Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____.

by _____
Notary Public

To File This Form
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

For More Information Call or Visit:
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Lydia Westover_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_989 N Woodridge Dr_
Residence Address

_Kaysville, Utah 84037_
City, State, Zip

_Lydia Westover_
Sponsor's Signature

_801-513-7479_
Phone Number

Notary Seal

_lydiawestover@gmail.com_
Email

Subscribed and affirmed before me this _28_ day of _April_ 20_23_.

by _____
Notary Public

GABRIEL CHAMBERLAIN
Notary Public - State of Utah
Comm. No. 724752
My Commission Expires on
May 16, 2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
City, State, Zip

_____
Sponsor's Signature

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20___.

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                      Application must be completed by five sponsors

## Sponsor Statement

I, _____Gregory E. Holt_____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____4563 South 3600 West_____ _____
Residence Address                                  Sponsor's Signature

_____Roy, UT  84067_____   _____801-524-7442_____   Notary Seal
City, State, Zip                Phone Number

_____gevertholt @ gmail.com_____
Email

Subscribed and affirmed before me this __30__ day of __April__ 20__23__.

by _____
Notary Public

> **PHYLLICIA NOEL**
> NOTARY PUBLIC • STATE of UTAH
> COMMISSION NO. 714014
> COMM. EXP. 09/09/2024

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____ _____
Residence Address                                  Sponsor's Signature

_____   _____   Notary Seal
City, State, Zip                Phone Number

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print                                          Application must be completed by five sponsors

## Sponsor Statement

I, **Kristin N. Isham** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**485 N 2170 W Apt. J-33**                    _(Sponsor's Signature)_
Residence Address

**Hurricane, Utah 84737**    **435-772-4734**    Notary Seal
City, State, Zip              Phone Number

**Kristinisham1@gmail.com**
Email

Subscribed and affirmed before me this ___1___ day of __May__ 20 23

by _____
Notary Public

NOTARY PUBLIC
SHELBIE LATHIM
COMM. # 719513
MY COMMISSION EXPIRES
JULY 30, 2025
STATE OF UTAH

## Sponsor Statement

I, **Paula Hieschi Heeroca** affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

**483 S. 180 W.**                    _(Sponsor's Signature)_
Residence Address

**Hurricane, Utah 84737**    **435-635-4426**    Notary Seal
City, State, Zip              Phone Number

**hirschgirl@aol.com**
Email

Subscribed and affirmed before me this ___1___ day of __May__ 20 23.

by _____
Notary Public

NOTARY PUBLIC
SHELBIE LATHIM
COMM. # 719513
MY COMMISSION EXPIRES
JULY 30, 2025
STATE OF UTAH

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



---

**PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

---

Please type or print                          Application must be completed by five sponsors

## Sponsor Statement

I, _Dustin Makin_ affirm that I am registered to vote in Utah
   Name of Sponsor (please type or print)

_414 E 1790 N._                              _Dustin Makin_
   Residence Address                          Sponsor's Signature

_Pleasant Grove UT. 84062_   _801-830-3210_        Notary Seal
   City, State, Zip              Phone Number

_dustinmakin@gmail.com_
   Email

Subscribed and affirmed before me this _1st_ day of _May_ 20 _23_.

by _Madi Morgan_                                       **MADI MORGAN**
      Notary Public                                    NOTARY PUBLIC • STATE OF UTAH
                                                       COMMISSION NO. 715970
                                                       COMM. EXP. 12/30/2024

---

## Sponsor Statement

I, _Amanda Makin_ affirm that I am registered to vote in Utah
   Name of Sponsor (please type or print)

_414 E. 1790 N._                              _Amanda Makin_
   Residence Address                          Sponsor's Signature

_Pleasant Grove, UT, 84062_   _801-592-7663_       Notary Seal
   City, State, Zip              Phone Number

_amandamakin090@gmail.com_
   Email

Subscribed and affirmed before me this _1st_ day of _May_ 20 _23_.

by _Madi Morgan_                                       **MADI MORGAN**
      Notary Public                                    NOTARY PUBLIC • STATE OF UTAH
                                                       COMMISSION NO. 715970
                                                       COMM. EXP. 12/30/2024

---

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _____Otto Krauss_____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_3882 N 1725 W_
Residence Address

_Otto Krauss_
Sponsor's Signature

_Pleasant View, Utah, 84414_
City, State, Zip

_801-866-4978_
Phone Number

Notary Seal

_krausso@yahoo.com_
Email

Subscribed and affirmed before me this _1st_ day of _May_ 20_23_

by _Dayna Rae Smith_
Notary Public

**DAYNA RAE SMITH**
NOTARY PUBLIC • STATE of UTAH
COMMISSION NO. 710032
COMM. EXP. 01/14/2024

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

_____
Sponsor's Signature

_____
City, State, Zip

_____
Phone Number

Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20____,

by _____
Notary Public

### To File This Form
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, ___RICHARD BRENT PARKS___ affirm that I am registered to vote in Utah
_Name of Sponsor (please type or print)_

___1632 W 3300 S___     ___(signature)___
_Residence Address_                        _Sponsor's Signature_

___WEST VALLEY CITY UT 84119___   ___(801) 661-4848___   **Notary Seal**
_City, State, Zip_                 _Phone Number_

___SLC, BRENT@YAHOO.com___
_Email_

Subscribed and affirmed before me this ___1___ day of ___May___ 20___23___.

by ___(signature)___
                          _Notary Public_

> Notary Public - State of Utah
> **Chandler Kyle Abercrombie**
> Comm. #718163
> My Commission Expires
> May 7, 2025

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
_Name of Sponsor (please type or print)_

_____     _____
_Residence Address_                        _Sponsor's Signature_

_____   _____   **Notary Seal**
_City, State, Zip_                 _Phone Number_

_____
_Email_

Subscribed and affirmed before me this _____ day of _____ 20_____.

by _____
                          _Notary Public_

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

---

### Sponsor Statement

I, _Melissa Peck_ affirm that I am a registered to vote in Utah
    Name of Sponsor (please type or print)

_555 S. 600 E. Lehi_                _Melissa Peck_
    Residence Address                    Sponsor's Signature

_Lehi, UT. 84043_          _801-368-3994_          Notary Seal
    City, State, Zip              Phone Number

_utahlioness@gmail.com_
    Email

Subscribed and affirmed before me this _5th_ day of _May_ 20_23_

by _____
        Notary Public

CURTIS OLSEN
Notary Public - State of Utah
Commission Number: 712115
My Commission Expires on
July 1, 2024

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
|---|

## Sponsor Statement

I, *Karley Peck* _____ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

*555 S. 600 E.* _____          *Karley Peck* _____
Residence Address                                          Sponsor's Signature

*Lehi, UT, 84043* _____     *801-372-8268* _____     Notary Seal
City, State, Zip                                   Phone Number

*KarPeck.28@gmail.com* _____
Email

Subscribed and affirmed before me this __*1*__ day of __*May*__ 20__*23*__.

by

_____
Notary Public

| CURTIS OLSEN |
|---|
| Notary Public - State of Utah |
| Commission Number: 712115 |
| My Commission Expires on |
| July 1, 2024 |

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, __Ashley Cook__ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

__195 S. 100 W.__ _(signature)_
Residence Address                          Sponsor's Signature

__Cedar Fort, UT 84013__  __801-874-9584__
City, State, Zip                          Phone Number                    Notary Seal

__ashleycook110@gmail.com__
Email

Subscribed and affirmed before me this __1__ day of __May__ 20__23__

by

_____
Notary Public

CURTIS OLSEN
Notary Public - State of Utah
Commission Number: 712115
My Commission Expires on
July 1, 2024

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



| PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services. |
| --- |

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, _Janet Eyring_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_6727 W. Snow Hollow Ln_      _Janet Eyring_
Residence Address                                    Sponsor's Signature

_Highland, UT 84003_   _7,4-404-2520_      Notary Seal
City, State, Zip                    Phone Number

_jeyring @ fullerton.edu_
Email

Subscribed and affirmed before me this ___ day of _May_ 20_23_

by _____
Notary Public

TYLER ROSIER
Notary Public - State of Utah
Comm. No. 726042
My Commission Expires on
Aug 4, 2026

## Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address                                    Sponsor's Signature

_____      Notary Seal
City, State, Zip                    Phone Number

_____
Email

Subscribed and affirmed before me this ___ day of _____ 20___

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum
Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _Kenyon Wilkins_ affirm that I am registered to vote in Utah

Name of Sponsor (please type or print)

_5478 North 12250 East_
Residence Address

_Lafont, Utah, 84039_
City, State, Zip

_Kenyon Wilkins @gmail.com_
Email

_Kenyon Wilkins_
Sponsor's Signature

_435-549-9834_
Phone Number

Notary Seal

Subscribed and affirmed before me this _29_ day of _Apil_ 20 _23_

by

_____
Notary Public

TYSON ELLIOTT BUSCH
Notary Public - State of Utah
Comm. No. 727823
My Commission Expires on
Nov 11, 2026

## Sponsor Statement

I, _____ affirm that I am a registered to vote in Utah

Name of Sponsor (please type or print)

_____
Residence Address

_____
City, State, Zip

_____
Email

_____
Sponsor's Signature

_____
Phone Number

Notary Seal

Subscribed and affirmed before me this _____ day of _____ 20____,

by

_____
Notary Public

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



PLEASE NOTE: A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Anna Bailey__
   Name of Sponsor (please type or print)

affirm that I am registered to vote in Utah

__2080 Forest Ridge Dr__
   Residence Address

_Bailuy_
   Sponsor's Signature

__Layton, UT 84040__
   City, State, Zip

__(925) 271-7946__
   Phone Number

Notary Seal

__annabailey00@gmail.com__
   Email

Subscribed and affirmed before me this __9__ day of __May__ 20__23__

by _____

   Notary Public

Notary Public - State of Utah
**ERIK HELGESEN**
Comm. #708215
My Commission Expires
November 4, 2023

---

## Sponsor Statement

I, __Sarah J Bailey__
   Name of Sponsor (please type or print)

affirm that I am registered to vote in Utah

__2080 Forest Ridge Dn__
   Residence Address

_Sarah Bailey_
   Sponsor's Signature

__Layton, UT 84040__
   City, State, Zip

__925-284-7312__
   Phone Number

Notary Seal

__liverbaileys@gmail.com__
   Email

Subscribed and affirmed before me this __1st__ day of __May__ 20__23__

by _____

   Notary Public

**ANNA BAILEY**
Notary Public State of Utah
My Commission Expires on:
April 17, 2027
Comm. Number: 730577

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov

# Application for an Initiative or Referendum

Utah Code § 20A-7-202

| Name of Organization |
| --- |

## Sponsor Statement

I, _Pamela McKinnon_ affirm that I am a registered to vote in Utah
Name of Sponsor (please type or print)

_1951 N. 3825 W_          _Pamela McKinnon_
Residence Address                          Sponsor's Signature

_Plain City, UT 84404_   _801-643-5583_         Notary Seal
City, State, Zip                Phone Number

_pamela_mckinnon@msn.com_
Email

Subscribed and affirmed before me this _____ day of _____ 20___,

by

_____
Notary Public

In the County of _Weber_, State of Utah,
Subscribed and sworn to before me this _1_ day
of _May_, 20 _22_ by
_Pamela McKinnon_

_Bair Bu_
Notary Signature and seal

**BAILEY BYWATER**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 730225
COMM. EXP. 03/27/2027

# Application for an Initiative or Referendum
Utah Code § 20A-7-202



> **PLEASE NOTE:** A copy of the law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

### Sponsor Statement

I, _Nancy J. Inman_ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_5302 S. 4200 W_
Residence Address

Sponsor's Signature

_Roy Ut 84067_     _916 396 4395_
City, State, Zip              Phone Number                    Notary Seal

_nancy j inman@gmail.com_
Email

Subscribed and affirmed before me this _28_ day of _April_ 20_23_,

by _____
Notary Public

RAMSEY WILKINSON
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 707747
COMM. EXP. 08/12/2023

### Sponsor Statement

I, _____ affirm that I am registered to vote in Utah
Name of Sponsor (please type or print)

_____
Residence Address

Sponsor's Signature

_____
City, State, Zip              Phone Number                    Notary Seal

_____
Email

Subscribed and affirmed before me this _____ day of _____ 20___,

by _____
Notary Public

**To File This Form**
Mail or deliver to:
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133

**For More Information Call or Visit:**
(801) 538-1041
1-800-995-VOTE (8683)
elections.utah.gov