LEGISLATIVE GENERAL COUNSEL
₡ Approved for Filing: M. Cipriano ₡
₡   02-21-24  8:46 AM   ₡

**S.B. 107**
**3rd Sub. (Ivory)**

**Representative Jordan D. Teuscher** proposes the following substitute bill:

1    # ELECTION PROCESS AMENDMENTS

2    2024 GENERAL SESSION

3    STATE OF UTAH

4    **Chief Sponsor:  Todd D. Weiler**

5    House Sponsor:  Jordan D. Teuscher

6    

7    **LONG TITLE**

8    **General Description:**

9    This bill modifies provisions related to petitions.

10    **Highlighted Provisions:**

11    This bill:

12    ‣    repeals the in-state residency requirement for individuals who collect petition

13    signatures;

14    ‣    repeals provisions related to the in-state residency requirement described above;

15    ‣    establishes the deadline by which a candidate for public office who is not affiliated

16    with a political party must submit signatures to the county clerk for verification;

17    ‣    establishes a deadline for the county clerk to count and certify the number of

18    registered voters who signed a signature packet;

19    ‣    expands the time period within which a candidate described above may file the

20    certificate of nomination with a filing officer; and

21    ‣    makes technical and conforming changes.

22    **Money Appropriated in this Bill:**

23    None

24    **Other Special Clauses:**

25    This bill provides a special effective date.



**3rd Sub. S.B. 107**

**3rd Sub. (Ivory) S.B. 107**                              **02-21-24  8:46 AM**

26    **Utah Code Sections Affected:**

27    AMENDS:

28         **20A-7-105**, as enacted by Laws of Utah 2023, Chapter 116

29         **20A-7-203**, as last amended by Laws of Utah 2023, Chapter 107

30         **20A-7-213**, as last amended by Laws of Utah 2023, Chapters 107, 116

31         **20A-7-303**, as last amended by Laws of Utah 2023, Chapter 107

32         **20A-7-312**, as last amended by Laws of Utah 2023, Chapter 107

33         **20A-7-503**, as last amended by Laws of Utah 2023, Chapter 107

34         **20A-7-512**, as last amended by Laws of Utah 2023, Chapter 107

35         **20A-7-603**, as last amended by Laws of Utah 2023, Chapter 107

36         **20A-7-612**, as last amended by Laws of Utah 2023, Chapter 107

37         **20A-9-502**, as last amended by Laws of Utah 2023, Chapter 116

38         **20A-9-503**, as last amended by Laws of Utah 2023, Chapter 15

39         **20A-9-504**, as last amended by Laws of Utah 2019, Chapter 255

40         **20A-21-201**, as last amended by Laws of Utah 2023, Chapter 116

41    ════════════════════════════════════════════

42    *Be it enacted by the Legislature of the state of Utah:*

43         Section 1.  Section **20A-7-105** is amended to read:

44         **20A-7-105.   Manual petition processes -- Obtaining signatures -- Verification --**

45    **Submitting the petition -- Certification of signatures -- Transfer to lieutenant governor --**

46    **Removal of signature.**

47         (1)  This section applies only to the manual initiative process and the manual

48    referendum process.

49         (2)  As used in this section:

50         (a)  "Local petition" means:

51         (i)  a manual local initiative petition described in Part 5, Local Initiatives - Procedures;

52    or

53         (ii)  a manual local referendum petition described in Part 6, Local Referenda -

54    Procedures.

55         (b)  "Packet" means an initiative packet or referendum packet.

56         (c)  "Petition" means a local petition or statewide petition.

57      (d)  "Statewide petition" means:

58      (i)  a manual statewide initiative petition described in Part 2, Statewide Initiatives; or

59      (ii)  a manual statewide referendum petition described in Part 3, Statewide Referenda.

60      (3) (a)  A Utah voter may sign a statewide petition if the voter is a legal voter.

61      (b)  A Utah voter may sign a local petition if the voter:

62      (i)  is a legal voter; and

63      (ii)  resides in the local jurisdiction.

64      (4) (a)  The sponsors shall ensure that the individual in whose presence each signature

65  sheet was signed:

66      (i)  is at least 18 years old [and meets the residency requirements of Section

67  20A-2-105];

68      (ii)  verifies each signature sheet by completing the verification printed on the last page

69  of each packet; and

70      (iii)  is informed that each signer is required to read and understand:

71      (A)  for an initiative petition, the law proposed by the initiative; or

72      (B)  for a referendum petition, the law that the referendum seeks to overturn.

73      (b)  An individual may not sign the verification printed on the last page of a packet if

74  the individual signed a signature sheet in the packet.

75      (5) (a)  The sponsors, or an agent of the sponsors, shall submit a signed and verified

76  packet to the county clerk of the county in which the packet was circulated before 5 p.m. no

77  later than the earlier of:

78      (i)  for a statewide initiative:

79      (A)  30 days after the day on which the first individual signs the initiative packet;

80      (B)  316 days after the day on which the application for the initiative petition is filed; or

81      (C)  the February 15 immediately before the next regular general election immediately

82  after the application is filed under Section 20A-7-202;

83      (ii)  for a statewide referendum:

84      (A)  30 days after the day on which the first individual signs the referendum packet; or

85      (B)  40 days after the day on which the legislative session at which the law passed ends;

86      (iii)  for a local initiative:

87      (A)  30 days after the day on which the first individual signs the initiative packet;

88      (B)  316 days after the day on which the application is filed;

89      (C)  the April 15 immediately before the next regular general election immediately after

90   the application is filed under Section 20A-7-502, if the local initiative is a county initiative; or

91      (D)  the April 15 immediately before the next municipal general election immediately

92   after the application is filed under Section 20A-7-502, if the local initiative is a municipal

93   initiative; or

94      (iv)  for a local referendum:

95      (A)  30 days after the day on which the first individual signs the referendum packet; or

96      (B)  45 days after the day on which the sponsors receive the items described in

97   Subsection 20A-7-604(3) from the local clerk.

98      (b)  A person may not submit a packet after the applicable deadline described in

99   Subsection (5)(a).

100      (c)  Before delivering an initiative packet to the county clerk under this Subsection (5),

101   the sponsors shall send an email to each individual who provides a legible, valid email address

102   on the signature sheet that includes the following:

103      (i)  the subject of the email shall include the following statement, "Notice Regarding

104   Your Petition Signature"; and

105      (ii)  the body of the email shall include the following statement in 12-point type:

106   "You signed a petition for the following initiative:

107   [insert title of initiative]

108   To access a copy of the initiative petition, the initiative, the fiscal impact statement, and

109   information on the deadline for removing your signature from the petition, please visit the

110   following link: [insert a uniform resource locator that takes the individual directly to the page

111   on the lieutenant governor's or county clerk's website that includes the information referred to

112   in the email]."

113      (d)  When the sponsors submit the last initiative packet to the county clerk, the sponsors

114   shall submit to the county clerk:

115      (i)  a list containing:

116      (A)  the name and email address of each individual the sponsors sent, or caused to be

117   sent, the email described in Subsection (5)(c); and

118      (B)  the date the email was sent;

119        (ii)  a copy of the email described in Subsection (5)(c); and

120        (iii)  the following written verification, completed and signed by each of the sponsors:

121        "Verification of initiative sponsor State of Utah, County of _____I, _____,

122   of _____, hereby state, under penalty of perjury, that:

123        I am a sponsor of the initiative petition entitled _____; and

124        I sent, or caused to be sent, to each individual who provided a legible, valid email

125   address on a signature sheet submitted to the county clerk in relation to the initiative petition,

126   the email described in Utah Code Subsection 20A-7-105(5)(c).

127   _____  __


128        (Name)        (Residence Address)                          (Date)".

129        (e)  Signatures gathered for an initiative petition are not valid if the sponsors do not

130   comply with Subsection (5)(c) or (d).

131        (6) (a)  Within 21 days after the day on which the county clerk receives the packet, the

132   county clerk shall:

133        (i)  use the procedures described in Section 20A-1-1002 to determine whether each

134   signer is a legal voter and, as applicable, the jurisdiction where the signer is registered to vote;

135        (ii)  for a statewide initiative or a statewide referendum:

136        (A)  certify on the petition whether each name is that of a legal voter;

137        (B)  post the name, voter identification number, and date of signature of each legal

138   voter certified under Subsection (6)(a)(ii)(A) on the lieutenant governor's website, in a

139   conspicuous location designated by the lieutenant governor; and

140        (C)  deliver the verified packet to the lieutenant governor;

141        (iii)  for a local initiative or a local referendum:

142        (A)  certify on the petition whether each name is that of a legal voter who is registered

143   in the jurisdiction to which the initiative or referendum relates;

144        (B)  post the name, voter identification number, and date of signature of each legal

145   voter certified under Subsection (6)(a)(iii)(A) on the lieutenant governor's website, in a

146   conspicuous location designated by the lieutenant governor; and

147        (C)  deliver the verified packet to the local clerk.

148        (b)  For a local initiative or local referendum, the local clerk shall post a link in a

149    conspicuous location on the local government's website to the posting described in Subsection

150    (6)(a)(iii)(B):

151         (i)  for a local initiative, during the period of time described in Subsection

152    20A-7-507(3)(a); or

153         (ii)  for a local referendum, during the period of time described in Subsection

154    20A-7-607(2)(a)(i).

155         (7)  The county clerk may not certify a signature under Subsection (6):

156         (a)  on a packet that is not verified in accordance with Subsection (4); or

157         (b)  that does not have a date of signature next to the signature.

158         (8) (a)  A voter who signs a statewide initiative petition may have the voter's signature

159    removed from the petition by submitting to the county clerk a statement requesting that the

160    voter's signature be removed no later than the earlier of:

161         (i)  for an initiative packet received by the county clerk before December 1:

162         (A)  30 days after the day on which the voter signs the signature removal statement; or

163         (B)  90 days after the day on which the lieutenant governor posts the voter's name under

164    Subsection 20A-7-207(2); or

165         (ii)  for an initiative packet received by the county clerk on or after December 1:

166         (A)  30 days after the day on which the voter signs the signature removal statement; or

167         (B)  45 days after the day on which the lieutenant governor posts the voter's name under

168    Subsection 20A-7-207(2).

169         (b)  A voter who signs a statewide referendum petition may have the voter's signature

170    removed from the petition by submitting to the county clerk a statement requesting that the

171    voter's signature be removed no later than the earlier of:

172         (i)  30 days after the day on which the voter signs the statement requesting removal; or

173         (ii)  45 days after the day on which the lieutenant governor posts the voter's name under

174    Subsection 20A-7-307(2).

175         (c)  A voter who signs a local initiative petition may have the voter's signature removed

176    from the petition by submitting to the county clerk a statement requesting that the voter's

177    signature be removed no later than the earlier of:

178         (i)  30 days after the day on which the voter signs the signature removal statement;

179         (ii)  90 days after the day on which the local clerk posts the voter's name under

180    Subsection 20A-7-507(2);

181             (iii)  316 days after the day on which the application is filed; or

182             (iv) (A)  for a county initiative, April 15 immediately before the next regular general

183    election immediately after the application is filed under Section 20A-7-502; or

184             (B)  for a municipal initiative, April 15 immediately before the next municipal general

185    election immediately after the application is filed under Section 20A-7-502.

186             (d)  A voter who signs a local referendum petition may have the voter's signature

187    removed from the petition by submitting to the county clerk a statement requesting that the

188    voter's signature be removed no later than the earlier of:

189             (i)  30 days after the day on which the voter signs the statement requesting removal; or

190             (ii)  45 days after the day on which the local clerk posts the voter's name under

191    Subsection 20A-7-607(2)(a).

192             (e)  A statement described in this Subsection (8) shall comply with the requirements

193    described in Subsection 20A-1-1003(2).

194             (f)  In order for the signature to be removed, the county clerk must receive the statement

195    described in this Subsection (8) before 5 p.m. no later than the applicable deadline described in

196    this Subsection (8).

197             (g)  A county clerk shall analyze a signature, for purposes of removing a signature from

198    a petition, in accordance with Subsection 20A-1-1003(3).

199             (9) (a)  If the county clerk timely receives a statement requesting signature removal

200    under Subsection (8) and determines that the signature should be removed from the petition

201    under Subsection 20A-1-1003(3), the county clerk shall:

202             (i)  ensure that the voter's name, voter identification number, and date of signature are

203    not included in the posting described in Subsection (6)(a)(ii)(B) or (iii)(B); and

204             (ii)  remove the voter's signature from the signature packets and signature packet totals.

205             (b)  The county clerk shall comply with Subsection (9)(a) before the later of:

206             (i)  the deadline described in Subsection (6)(a); or

207             (ii)  two business days after the day on which the county clerk receives a statement

208    requesting signature removal under Subsection (8).

209             (10)  A person may not retrieve a packet from a county clerk, or make any alterations or

210    corrections to a packet, after the packet is submitted to the county clerk.

211        Section 2.  Section **20A-7-203** is amended to read:

212        **20A-7-203.   Manual initiative process -- Form of initiative petition and signature**

213   **sheets.**

214        (1)  This section applies only to the manual initiative process.

215        (2) (a)  Each proposed initiative petition shall be printed in substantially the following

216   form:

217        "INITIATIVE PETITION To the Honorable ____, Lieutenant Governor:

218        We, the undersigned citizens of Utah, respectfully demand that the following proposed

219   law be submitted to the legal voters/Legislature of Utah for their/its approval or rejection at the

220   regular general election/session to be held/ beginning on _____(month\day\year);

221        Each signer says:

222        I have personally signed this initiative petition;

223        The date next to my signature correctly reflects the date that I actually signed the

224   initiative petition;

225        I have personally reviewed the entire statement included with this packet;

226        I am registered to vote in Utah; and

227        My residence and post office address are written correctly after my name.

228        NOTICE TO SIGNERS:

229        Public hearings to discuss this initiative were held at: (list dates and locations of public

230   hearings.)".

231        (b)  If the initiative proposes a tax increase, the following statement shall appear, in at

232   least 14-point, bold type, immediately following the information described in Subsection

233   (2)(a):

234        "This initiative seeks to increase the current (insert name of tax) rate by (insert the tax

235   percentage difference) percent, resulting in a(n) (insert the tax percentage increase) percent

236   increase in the current tax rate.".

237        (c)  The sponsors of an initiative or an agent of the sponsors shall attach a copy of the

238   proposed law to each initiative petition.

239        (3)  Each initiative signature sheet shall:

240        (a)  be printed on sheets of paper 8-1/2 inches long and 11 inches wide;

241        (b)  be ruled with a horizontal line three-fourths inch from the top, with the space above

242   that line blank for the purpose of binding;

243          (c)  include the title of the initiative printed below the horizontal line, in at least

244   14-point, bold type;

245          (d)  include a table immediately below the title of the initiative, and beginning .5 inch

246   from the left side of the paper, as follows:

247          (i)  the first column shall be .5 inch wide and include three rows;

248          (ii)  the first row of the first column shall be .85 inch tall and contain the words "For

249   Office Use Only" in 10-point type;

250          (iii)  the second row of the first column shall be .35 inch tall;

251          (iv)  the third row of the first column shall be .5 inch tall;

252          (v)  the second column shall be 2.75 inches wide;

253          (vi)  the first row of the second column shall be .35 inch tall and contain the words

254   "Registered Voter's Printed Name (must be legible to be counted)" in 10-point type;

255          (vii)  the second row of the second column shall be .5 inch tall;

256          (viii)  the third row of the second column shall be .35 inch tall and contain the words

257   "Street Address, City, Zip Code" in 10-point type;

258          (ix)  the fourth row of the second column shall be .5 inch tall;

259          (x)  the third column shall be 2.75 inches wide;

260          (xi)  the first row of the third column shall be .35 inch tall and contain the words

261   "Signature of Registered Voter" in 10-point type;

262          (xii)  the second row of the third column shall be .5 inch tall;

263          (xiii)  the third row of the third column shall be .35 inch tall and contain the words

264   "Email Address (optional, to receive additional information)" in 10-point type;

265          (xiv)  the fourth row of the third column shall be .5 inch tall;

266          (xv)  the fourth column shall be one inch wide;

267          (xvi)  the first row of the fourth column shall be .35 inch tall and contain the words

268   "Date Signed" in 10-point type;

269          (xvii)  the second row of the fourth column shall be .5 inch tall;

270          (xviii)  the third row of the fourth column shall be .35 inch tall and contain the words

271   "Birth Date or Age (optional)" in 10-point type;

272          (xix)  the fourth row of the third column shall be .5 inch tall; and

273    (xx)  the fifth row of the entire table shall be the width of the entire table, .4 inch tall,
274 and contain the following statement, "By signing this initiative petition, you are stating that you
275 have read and understand the law proposed by this initiative petition." in 12-point type;

276    (e)  the table described in Subsection (3)(d) shall be repeated, leaving sufficient room at
277 the bottom of the sheet for the information described in Subsection (3)(f); and

278    (f)  at the bottom of the sheet, include in the following order:

279    (i)  the words "Fiscal Impact of" followed by the title of the initiative, in at least
280 12-point, bold type;

281    (ii)  except as provided in Subsection (5), the initial fiscal impact statement issued by
282 the Office of the Legislative Fiscal Analyst in accordance with Subsection 20A-7-202.5(2)(a),
283 including any update in accordance with Subsection 20A-7-204.1(5), in not less than 12-point
284 type;

285    (iii)  if the initiative proposes a tax increase, the following statement in 12-point, bold
286 type:

287    "This initiative seeks to increase the current (insert name of tax) rate by (insert the tax
288 percentage difference) percent, resulting in a(n) (insert the tax percentage increase) percent
289 increase in the current tax rate."; and

290    (iv)  the word "Warning," in 12-point, bold type, followed by the following statement in
291 not less than eight-point type:

292    "It is a class A misdemeanor for an individual to sign an initiative petition with a name
293 other than the individual's own name, or to knowingly sign the individual's name more than
294 once for the same initiative petition, or to sign an initiative petition when the individual knows
295 that the individual is not a registered voter.

296    Birth date or age information is not required, but it may be used to verify your identity
297 with voter registration records.  If you choose not to provide it, your signature may not be
298 verified as a valid signature if you change your address before petition signatures are verified
299 or if the information you provide does not match your voter registration records."

300    (4)  The final page of each initiative packet shall contain the following printed or typed
301 statement:

302    Verification of signature collector

303    State of Utah, County of _____

304    I, _____, of _____, hereby state, under penalty of perjury, that:

305    I am [a resident of Utah and am] at least 18 years old;

306    All the names that appear in this initiative packet were signed by individuals who

307 professed to be the individuals whose names appear in it, and each of the individuals signed the

308 individual's name on it in my presence;

309    I did not knowingly make a misrepresentation of fact concerning the law proposed by

310 the initiative;

311    I believe that each individual has printed and signed the individual's name and written

312 the individual's post office address and residence correctly, that each signer has read and

313 understands the law proposed by the initiative, and that each signer is registered to vote in

314 Utah.

315    Each individual who signed the initiative packet wrote the correct date of signature next

316 to the individual's name.

317    I have not paid or given anything of value to any individual who signed this initiative

318 packet to encourage that individual to sign it.

319    _____

320    (Name)                     (Residence Address)                    (Date)

321    (5) If the initial fiscal impact statement described in Subsection (3)(f)(ii), as updated in

322 accordance with Subsection 20A-7-204.1(5), exceeds 200 words, the Office of the Legislative

323 Fiscal Analyst shall prepare a shorter summary statement, for the purpose of inclusion on an

324 initiative signature sheet, that does not exceed 200 words.

325    (6) If the forms described in this section are substantially followed, the initiative

326 petitions are sufficient, notwithstanding clerical and merely technical errors.

327    [(7) An individual's status as a resident, under Subsection (4), is determined in

328 accordance with Section 20A-2-105.]

329    Section 3. Section **20A-7-213** is amended to read:

330    **20A-7-213.  Misconduct of electors and officers -- Penalty.**

331    (1) It is unlawful for an individual to:

332    (a) sign any name other than the individual's own to an initiative petition or a statement

333 described in Subsection 20A-7-105(8) or 20A-7-216(4);

334    (b) knowingly sign the individual's name more than once for the same initiative at one

**3rd Sub. (Ivory) S.B. 107**                    **02-21-24  8:46 AM**

335    election;

336         (c)  knowingly indicate that an individual who signed an initiative petition signed the

337    initiative petition on a date other than the date that the individual signed the initiative petition;

338         (d)  sign an initiative petition knowing the individual is not a legal voter; or

339         (e)  knowingly and willfully violate any provision of this part.

340         (2)  It is unlawful for an individual to sign the verification for an initiative packet, or to

341    electronically sign the verification for a signature under Subsection [20A-21-201(9)]

342    20A-21-201(10), knowing that:

343         [(a)  the individual does not meet the residency requirements of Section 20A-2-105;]

344         [(b)] (a)  the signature date associated with the individual's signature for the initiative

345    petition is not the date that the individual signed the initiative petition;

346         [(c)] (b)  the individual has not witnessed the signatures of those individuals whose

347    signatures the individual collects or submits; or

348         [(d)] (c)  one or more individuals who signed the initiative petition are not registered to

349    vote in Utah.

350         (3)  It is unlawful for an individual to:

351         (a)  pay an individual to sign an initiative petition;

352         (b)  pay an individual to remove the individual's signature from an initiative petition;

353         (c)  accept payment to sign an initiative petition; or

354         (d)  accept payment to have the individual's name removed from an initiative petition.

355         (4)  A violation of this section is a class A misdemeanor.

356         Section 4.  Section **20A-7-303** is amended to read:

357         **20A-7-303.   Manual referendum process -- Form of referendum petition and**

358    **signature sheets.**

359         (1)  This section applies only to the manual referendum process.

360         (2) (a)  Each proposed referendum petition shall be printed in substantially the

361    following form:

362         "REFERENDUM PETITION To the Honorable _____, Lieutenant Governor:

363         We, the undersigned citizens of Utah, respectfully order that Senate (or House) Bill No.

364    _____, entitled (title of act, and, if the petition is against less than the whole act, set forth here

365    the part or parts on which the referendum is sought), passed by the Legislature of the state of

366  Utah during the _____ Session, be referred to the people of Utah for their approval or rejection

367  at a regular general election or a statewide special election;

368          Each signer says:

369          I have personally signed this referendum petition;

370          The date next to my signature correctly reflects the date that I actually signed the

371  referendum petition;

372          I have personally reviewed the entire statement included with this referendum packet;

373          I am registered to vote in Utah; and

374          My residence and post office address are written correctly after my name.".

375          (b)  The sponsors of a referendum or an agent of the sponsors shall attach a copy of the

376  law that is the subject of the referendum to each referendum petition.

377          (3)  Each referendum signature sheet shall:

378          (a)  be printed on sheets of paper 8-1/2 inches long and 11 inches wide;

379          (b)  be ruled with a horizontal line three-fourths inch from the top, with the space above

380  that line blank for the purpose of binding;

381          (c)  include the title of the referendum printed below the horizontal line, in at least

382  14-point, bold type;

383          (d)  include a table immediately below the title of the referendum, and beginning .5 inch

384  from the left side of the paper, as follows:

385          (i)  the first column shall be .5 inch wide and include three rows;

386          (ii)  the first row of the first column shall be .85 inch tall and contain the words "For

387  Office Use Only" in 10-point type;

388          (iii)  the second row of the first column shall be .35 inch tall;

389          (iv)  the third row of the first column shall be .5 inch tall;

390          (v)  the second column shall be 2.75 inches wide;

391          (vi)  the first row of the second column shall be .35 inch tall and contain the words

392  "Registered Voter's Printed Name (must be legible to be counted)" in 10-point type;

393          (vii)  the second row of the second column shall be .5 inch tall;

394          (viii)  the third row of the second column shall be .35 inch tall and contain the words

395  "Street Address, City, Zip Code" in 10-point type;

396          (ix)  the fourth row of the second column shall be .5 inch tall;

397        (x)  the third column shall be 2.75 inches wide;

398        (xi)  the first row of the third column shall be .35 inch tall and contain the words

399  "Signature of Registered Voter" in 10-point type;

400        (xii)  the second row of the third column shall be .5 inch tall;

401        (xiii)  the third row of the third column shall be .35 inch tall and contain the words

402  "Email Address (optional, to receive additional information)" in 10-point type;

403        (xiv)  the fourth row of the third column shall be .5 inch tall;

404        (xv)  the fourth column shall be one inch wide;

405        (xvi)  the first row of the fourth column shall be .35 inch tall and contain the words

406  "Date Signed" in 10-point type;

407        (xvii)  the second row of the fourth column shall be .5 inch tall;

408        (xviii)  the third row of the fourth column shall be .35 inch tall and contain the words

409  "Birth Date or Age (optional)" in 10-point type;

410        (xix)  the fourth row of the third column shall be .5 inch tall; and

411        (xx)  the fifth row of the entire table shall be the width of the entire table, .4 inch tall,

412  and contain the following words "By signing this referendum petition, you are stating that you

413  have read and understand the law that this referendum petition seeks to overturn." in 12-point

414  type;

415        (e)  the table described in Subsection (3)(d) shall be repeated, leaving sufficient room at

416  the bottom of the sheet for the information described in Subsection (3)(f); and

417        (f)  at the bottom of the sheet, include the word "Warning," in 12-point, bold type,

418  followed by the following statement in not less than eight-point type:

419        "It is a class A misdemeanor for an individual to sign a referendum petition with a name

420  other than the individual's own name, or to knowingly sign the individual's name more than

421  once for the same referendum petition, or to sign a referendum petition when the individual

422  knows that the individual is not a registered voter.

423        Birth date or age information is not required, but it may be used to verify your identity

424  with voter registration records. If you choose not to provide it, your signature may not be

425  verified as a valid signature if you change your address before petition signatures are verified

426  or if the information you provide does not match your voter registration records."

427        (4)  The final page of each referendum packet shall contain the following printed or

428    typed statement:

429          Verification of signature collector

430          State of Utah, County of _____

431          I, _____, of _____, hereby state, under penalty of perjury, that:

432          I [am a Utah resident and] am at least 18 years old;

433          All the names that appear in this referendum packet were signed by individuals who

434    professed to be the individuals whose names appear in it, and each of the individuals signed the

435    individual's name on it in my presence;

436          I did not knowingly make a misrepresentation of fact concerning the law this petition

437    seeks to overturn;

438          I believe that each individual has printed and signed the individual's name and written

439    the individual's post office address and residence correctly, that each signer has read and

440    understands the law that the referendum seeks to overturn, and that each signer is registered to

441    vote in Utah.

442          Each individual who signed the referendum packet wrote the correct date of signature

443    next to the individual's name.

444          I have not paid or given anything of value to any individual who signed this referendum

445    packet to encourage that individual to sign it.


446    _____

447          (Name)                    (Residence Address)                (Date).

448          (5)  If the forms described in this section are substantially followed, the referendum

449    petitions are sufficient, notwithstanding clerical and merely technical errors.

450          [(6)  An individual's status as a resident, under Subsection (4), is determined in

451    accordance with Section 20A-2-105.]

452          Section 5.  Section **20A-7-312** is amended to read:

453          **20A-7-312.  Misconduct of electors and officers -- Penalty.**

454          (1)  It is unlawful for any person to:

455          (a)  sign any name other than the person's own to a referendum petition;

456          (b)  knowingly sign the person's name more than once for the same referendum petition

457    at one election;

458     (c)  knowingly indicate that a person who signed a referendum petition signed the

459  referendum petition on a date other than the date that the person signed the petition;

460     (d)  sign a referendum petition knowing the person is not a legal voter; or

461     (e)  knowingly and willfully violate any provision of this part.

462     (2)  It is unlawful for any person to sign the verification for a referendum packet, or to

463  electronically sign the verification for a signature under Subsection [20A-21-201(9)]

464  20A-21-201(10) knowing that:

465     [(a)  the person does not meet the residency requirements of Section 20A-2-105;]

466     [(b)] (a)  the signature date associated with the person's signature for the referendum

467  petition is not the date that the person signed the referendum petition;

468     [(c)] (b)  the person has not witnessed the signatures of those persons whose signatures

469  the person collects or submits; or

470     [(d)] (c)  one or more individuals who sign the referendum petition are not registered to

471  vote in Utah.

472     (3)  It is unlawful for any person to:

473     (a)  pay a person to sign a referendum petition;

474     (b)  pay a person to remove the person's signature from a referendum petition;

475     (c)  accept payment to sign a referendum petition; or

476     (d)  accept payment to have the person's name removed from a referendum petition.

477     (4)  Any person violating this section is guilty of a class A misdemeanor.

478     Section 6.  Section **20A-7-503** is amended to read:

479     **20A-7-503.   Manual initiative process -- Form of initiative petition and signature**

480  **sheet.**

481     (1)  This section applies only to the manual initiative process.

482     (2) (a)  Each proposed initiative petition shall be printed in substantially the following

483  form:

484     "INITIATIVE PETITION To the Honorable _____, County Clerk/City Recorder/Town

485  Clerk:

486     We, the undersigned citizens of Utah, respectfully demand that the following proposed

487  law be submitted to: the legislative body for its approval or rejection at its next meeting; and

488  the legal voters of the county/city/town, if the legislative body rejects the proposed law or takes

489    no action on it.

490         Each signer says:

491         I have personally signed this initiative petition;

492         The date next to my signature correctly reflects the date that I actually signed the

493    petition;

494         I have personally reviewed the entire statement included with this packet;

495         I am registered to vote in Utah; and

496         My residence and post office address are written correctly after my name."

497         (b)  If the initiative proposes a tax increase, the following statement shall appear, in at

498    least 14-point, bold type, immediately following the information described in Subsection

499    (2)(a):

500         "This initiative seeks to increase the current (insert name of tax) rate by (insert the tax

501    percentage difference) percent, resulting in a(n) (insert the tax percentage increase) percent

502    increase in the current tax rate."

503         (c)  The sponsors of an initiative or an agent of the sponsors shall attach a copy of the

504    proposed law to each initiative petition.

505         (3)  Each initiative signature sheet shall:

506         (a)  be printed on sheets of paper 8-1/2 inches long and 11 inches wide;

507         (b)  be ruled with a horizontal line three-fourths inch from the top, with the space above

508    that line blank for the purpose of binding;

509         (c)  include the title of the initiative printed below the horizontal line, in at least

510    14-point, bold type;

511         (d)  include a table immediately below the title of the initiative, and beginning .5 inch

512    from the left side of the paper, as follows:

513         (i)  the first column shall be .5 inch wide and include three rows;

514         (ii)  the first row of the first column shall be .85 inch tall and contain the words "For

515    Office Use Only" in 10-point type;

516         (iii)  the second row of the first column shall be .35 inch tall;

517         (iv)  the third row of the first column shall be .5 inch tall;

518         (v)  the second column shall be 2.75 inches wide;

519         (vi)  the first row of the second column shall be .35 inch tall and contain the words

**3rd Sub. (Ivory) S.B. 107**                                   **02-21-24  8:46 AM**

520  "Registered Voter's Printed Name (must be legible to be counted)" in 10-point type;

521        (vii)  the second row of the second column shall be .5 inch tall;

522        (viii)  the third row of the second column shall be .35 inch tall and contain the words

523  "Street Address, City, Zip Code" in 10-point type;

524        (ix)  the fourth row of the second column shall be .5 inch tall;

525        (x)  the third column shall be 2.75 inches wide;

526        (xi)  the first row of the third column shall be .35 inch tall and contain the words

527  "Signature of Registered Voter" in 10-point type;

528        (xii)  the second row of the third column shall be .5 inch tall;

529        (xiii)  the third row of the third column shall be .35 inch tall and contain the words

530  "Email Address (optional, to receive additional information)" in 10-point type;

531        (xiv)  the fourth row of the third column shall be .5 inch tall;

532        (xv)  the fourth column shall be one inch wide;

533        (xvi)  the first row of the fourth column shall be .35 inch tall and contain the words

534  "Date Signed" in 10-point type;

535        (xvii)  the second row of the fourth column shall be .5 inch tall;

536        (xviii)  the third row of the fourth column shall be .35 inch tall and contain the words

537  "Birth Date or Age (optional)" in 10-point type;

538        (xix)  the fourth row of the third column shall be .5 inch tall; and

539        (xx)  the fifth row of the entire table shall be the width of the entire table, .4 inch tall,

540  and contain the following words "By signing this initiative petition, you are stating that you

541  have read and understand the law proposed by this initiative petition." in 12-point type;

542        (e)  the table described in Subsection (3)(d) shall be repeated, leaving sufficient room at

543  the bottom of the sheet for the information described in Subsection (3)(f); and

544        (f)  at the bottom of the sheet, include in the following order:

545        (i)  the words "Fiscal and legal impact of" followed by the title of the initiative, in at

546  least 12-point, bold type;

547        (ii)  the summary statement in the initial fiscal impact and legal statement issued by the

548  budget officer in accordance with Subsection 20A-7-502.5(2)(b) and the cost estimate for

549  printing and distributing information related to the initiative petition in accordance with

550  Subsection 20A-7-502.5(3), in not less than 12-point, bold type;

02-21-24  8:46 AM                                                3rd Sub. (Ivory) S.B. 107

551        (iii)  if the initiative proposes a tax increase, the following statement in 12-point, bold

552    type:

553        "This initiative seeks to increase the current (insert name of tax) rate by (insert the tax

554    percentage difference) percent, resulting in a(n) (insert the tax percentage increase) percent

555    increase in the current tax rate."; and

556        (iv)  the word "Warning," in 12-point, bold type, followed by the following statement in

557    not less than eight-point type:

558        "It is a class A misdemeanor for an individual to sign an initiative petition with a name

559    other than the individual's own name, or to knowingly sign the individual's name more than

560    once for the same initiative petition, or to sign an initiative petition when the individual knows

561    that the individual is not a registered voter.

562        Birth date or age information is not required, but it may be used to verify your identity

563    with voter registration records.  If you choose not to provide it, your signature may not be

564    verified as a valid signature if you change your address before petition signatures are verified

565    or if the information you provide does not match your voter registration records."

566        (4)  The final page of each initiative packet shall contain the following printed or typed

567    statement:

568        "Verification of signature collector

569        State of Utah, County of ____

570        I, _____, of ____, hereby state, under penalty of perjury, that:

571        I [am a resident of Utah and] am at least 18 years old;

572        All the names that appear in this packet were signed by individuals who professed to be

573    the individuals whose names appear in it, and each of the individuals signed the individual's

574    name on it in my presence;

575        I did not knowingly make a misrepresentation of fact concerning the law proposed by

576    the initiative;

577        I believe that each individual has printed and signed the individual's name and written

578    the individual's post office address and residence correctly, that each signer has read and

579    understands the law proposed by the initiative, and that each signer is registered to vote in

580    Utah.

581        _____

**3rd Sub. (Ivory) S.B. 107**                                    **02-21-24  8:46 AM**

582        (Name)                    (Residence Address)              (Date)

583        Each individual who signed the packet wrote the correct date of signature next to the

584  individual's name.

585        I have not paid or given anything of value to any individual who signed this petition to

586  encourage that individual to sign it.

587  _____

588        (Name)                    (Residence Address)              (Date)".

589        (5)  If the forms described in this section are substantially followed, the initiative

590  petitions are sufficient, notwithstanding clerical and merely technical errors.

591        [(6)  An individual's status as a resident, under Subsection (4), is determined in

592  accordance with Section 20A-2-105.]

593        Section 7.  Section **20A-7-512** is amended to read:

594        **20A-7-512.   Misconduct of electors and officers -- Penalty.**

595        (1)  It is unlawful for any individual to:

596        (a)  sign any name other than the individual's own name to an initiative petition or a

597  statement described in Subsection 20A-7-505(4) or 20A-7-515(4);

598        (b)  knowingly sign the individual's name more than once for the same initiative at one

599  election;

600        (c)  knowingly indicate that an individual who signed an initiative petition signed the

601  initiative petition on a date other than the date that the individual signed the initiative petition;

602        (d)  sign an initiative petition knowing the individual is not a legal voter; or

603        (e)  knowingly and willfully violate any provision of this part.

604        (2)  It is unlawful for an individual to sign the verification for an initiative packet, or to

605  electronically sign the verification for a signature under Subsection [20A-21-201(9)]

606  20A-21-201(10), knowing that:

607        [(a)  the individual does not meet the residency requirements of Section 20A-2-105;]

608        [(b)] (a)  the signature date associated with the individual's signature for the initiative

609  petition is not the date that the individual signed the initiative petition;

610        [(c)] (b)  the individual has not witnessed the signatures of the individuals whose

611  signatures the individual collects or submits; or

612        [(d)] (c)  one or more individuals who signed the initiative petition are not registered to

613     vote in Utah.

614          (3)  It is unlawful for an individual to:

615          (a)  pay an individual to sign an initiative petition;

616          (b)  pay an individual to remove the individual's signature from an initiative petition;

617          (c)  accept payment to sign an initiative petition; or

618          (d)  accept payment to have the individual's name removed from an initiative petition.

619          (4)  A violation of this section is a class A misdemeanor.

620          Section 8.  Section **20A-7-603** is amended to read:

621          **20A-7-603.   Manual referendum process -- Form of referendum petition and**

622     **signature sheet.**

623          (1)  This section applies only to the manual referendum process.

624          (2) (a)  Each proposed referendum petition shall be printed in substantially the

625     following form:

626          "REFERENDUM PETITION To the Honorable _____, County Clerk/City

627     Recorder/Town Clerk:

628          We, the undersigned citizens of Utah, respectfully order that (description of local law or

629     portion of local law being challenged), passed by the _____ be referred to the voters for their

630     approval or rejection at the regular/municipal general election to be held on

631     _____(month\day\year);

632          Each signer says:

633          I have personally signed this referendum petition;

634          The date next to my signature correctly reflects the date that I actually signed the

635     petition;

636          I have personally reviewed the entire statement included with this packet;

637          I am registered to vote in Utah; and

638          My residence and post office address are written correctly after my name."

639          (b)  The sponsors of a referendum or an agent of the sponsors shall attach a copy of the

640     law that is the subject of the referendum to each referendum petition.

641          (3)  Each referendum signature sheet shall:

642          (a)  be printed on sheets of paper 8-1/2 inches long and 11 inches wide;

643          (b)  be ruled with a horizontal line three-fourths inch from the top, with the space above

644    that line blank for the purpose of binding;

645         (c)  include the title of the referendum printed below the horizontal line, in at least

646    14-point type;

647         (d)  include a table immediately below the title of the referendum, and beginning .5 inch

648    from the left side of the paper, as follows:

649         (i)  the first column shall be .5 inch wide and include three rows;

650         (ii)  the first row of the first column shall be .85 inch tall and contain the words "For

651    Office Use Only" in 10-point type;

652         (iii)  the second row of the first column shall be .35 inch tall;

653         (iv)  the third row of the first column shall be .5 inch tall;

654         (v)  the second column shall be 2.75 inches wide;

655         (vi)  the first row of the second column shall be .35 inch tall and contain the words

656    "Registered Voter's Printed Name (must be legible to be counted)" in 10-point type;

657         (vii)  the second row of the second column shall be .5 inch tall;

658         (viii)  the third row of the second column shall be .35 inch tall and contain the words

659    "Street Address, City, Zip Code" in 10-point type;

660         (ix)  the fourth row of the second column shall be .5 inch tall;

661         (x)  the third column shall be 2.75 inches wide;

662         (xi)  the first row of the third column shall be .35 inch tall and contain the words

663    "Signature of Registered Voter" in 10-point type;

664         (xii)  the second row of the third column shall be .5 inch tall;

665         (xiii)  the third row of the third column shall be .35 inch tall and contain the words

666    "Email Address (optional, to receive additional information)" in 10-point type;

667         (xiv)  the fourth row of the third column shall be .5 inch tall;

668         (xv)  the fourth column shall be one inch wide;

669         (xvi)  the first row of the fourth column shall be .35 inch tall and contain the words

670    "Date Signed" in 10-point type;

671         (xvii)  the second row of the fourth column shall be .5 inch tall;

672         (xviii)  the third row of the fourth column shall be .35 inch tall and contain the words

673    "Birth Date or Age (optional)" in 10-point type;

674         (xix)  the fourth row of the third column shall be .5 inch tall; and

675   (xx)  the fifth row of the entire table shall be the width of the entire table, .4 inch tall,

676   and contain the following words, "By signing this referendum petition, you are stating that you

677   have read and understand the law that this referendum petition seeks to overturn." in 12-point

678   type;

679   (e)  the table described in Subsection (3)(d) shall be repeated, leaving sufficient room at

680   the bottom of the sheet or the information described in Subsection (3)(f); and

681   (f)  at the bottom of the sheet, include the word "Warning," in 12-point, bold type,

682   followed by the following statement in not less than eight-point type:

683   "It is a class A misdemeanor for an individual to sign a referendum petition with a name

684   other than the individual's own name, or to knowingly sign the individual's name more than

685   once for the same referendum petition, or to sign a referendum petition when the individual

686   knows that the individual is not a registered voter.

687   Birth date or age information is not required, but it may be used to verify your identity

688   with voter registration records. If you choose not to provide it, your signature may not be

689   verified as a valid signature if you change your address before petition signatures are verified

690   or if the information you provide does not match your voter registration records."

691   (4)  The final page of each referendum packet shall contain the following printed or

692   typed statement:

693   "Verification of signature collector

694   State of Utah, County of _____

695   I, _____, of _____, hereby state, under penalty of perjury, that:

696   I [am a resident of Utah and] am at least 18 years old;

697   All the names that appear in this packet were signed by individuals who professed to be

698   the individuals whose names appear in it, and each of the individuals signed the individual's

699   name on it in my presence;

700   I did not knowingly make a misrepresentation of fact concerning the law this petition

701   seeks to overturn;

702   I believe that each individual has printed and signed the individual's name and written

703   the individual's post office address and residence correctly, that each signer has read and

704   understands the law that the referendum seeks to overturn, and that each signer is registered to

705   vote in Utah.

**3rd Sub. (Ivory) S.B. 107**                    **02-21-24  8:46 AM**

706    _____

707         (Name)                    (Residence Address)                (Date)

708         Each individual who signed the packet wrote the correct date of signature next to the

709    individual's name.

710         I have not paid or given anything of value to any individual who signed this referendum

711    packet to encourage that individual to sign it.

712    _____

713         (Name)                    (Residence Address)                (Date)".

714         (5)  If the forms described in this section are substantially followed, the referendum

715    petitions are sufficient, notwithstanding clerical and merely technical errors.

716         [(6)  An individual's status as a resident, under Subsection (4), is determined in

717    accordance with Section 20A-2-105.]

718         Section 9.  Section **20A-7-612** is amended to read:

719         **20A-7-612.   Misconduct of electors and officers -- Penalty.**

720         (1)  It is unlawful for an individual to:

721         (a)  sign a name other than the individual's own name to any referendum petition;

722         (b)  knowingly sign the individual's name more than once for the same referendum at

723    one election;

724         (c)  knowingly indicate that an individual who signed a referendum petition signed the

725    referendum petition on a date other than the date that the individual signed the referendum

726    petition;

727         (d)  sign a referendum petition knowing that the individual is not a legal voter;

728         (e)  in connection with circulating a referendum petition, represent that a document is

729    an official government document if the individual knows or has reason to know that the

730    document is not an official government document; or

731         (f)  knowingly and willfully violate any provision of this part.

732         (2)  It is unlawful for an individual to sign the verification for a referendum packet, or

733    to electronically sign the verification for a signature under Subsection [20A-21-201(9)]

734    20A-21-201(10), knowing that:

735         [(a)  the individual does not meet the residency requirements of Section 20A-2-105;]

- 24 -

736    [(b)] (a)  the signature date associated with the individual's signature for the referendum

737    petition is not the date that the individual signed the referendum petition;

738    [(c)] (b)  the individual has not witnessed the signatures the individual collects or

739    submits; or

740    [(d)] (c)  one or more individuals whose signatures appear in the referendum packet is

741    not registered to vote in Utah.

742    (3)  It is unlawful for an individual to:

743    (a)  pay an individual to sign a referendum petition;

744    (b)  pay an individual to remove the individual's signature from a referendum petition;

745    (c)  accept payment to sign a referendum petition; or

746    (d)  accept payment to have the individual's name removed from a referendum petition.

747    (4)  A violation of this section is a class A misdemeanor.

748    (5)  The county attorney or municipal attorney shall prosecute any violation of this

749    section.

750    Section 10.  Section **20A-9-502** is amended to read:

751    **20A-9-502.   Certificate of nomination -- Contents -- Circulation -- Verification --**

752    **Criminal penalty -- Removal of petition signature.**

753    (1)  The candidate shall:

754    (a)  prepare a certificate of nomination in substantially the following form:

755    "State of Utah, County of _____

756    I, _____, declare my intention of becoming an unaffiliated candidate for the

757    political group designated as _____ for the office of _____.  I do solemnly swear that I can

758    qualify to hold that office both legally and constitutionally if selected, and that I reside at _____

759    Street, in the city of _____, county of _____, state of _____, zip code _____, phone _____, and

760    that I am providing, or have provided, the required number of holographic signatures of

761    registered voters required by law; that as a candidate at the next election I will not knowingly

762    violate any election or campaign law; that, if filing via a designated agent for an office other

763    than president of the United States, I will be out of the state of Utah during the entire candidate

764    filing period; I will file all campaign financial disclosure reports as required by law; and I

765    understand that failure to do so will result in my disqualification as a candidate for this office

766    and removal of my name from the ballot.

767                                    _____

768                          Subscribed and sworn to before me this _____(month\day\year).

769                                    _____

770                                                      Notary Public (or other officer

771                                                      qualified to administer oaths)";

772          (b)  [bind signature sheets to the certificate that:] for each signature packet, bind

773   signature sheets to a copy of the certificate of nomination and the circulator verification, that:

774          (i)  are printed on sheets of paper 8-1/2 inches long and 11 inches wide;

775          (ii)  are ruled with a horizontal line 3/4 inch from the top, with the space above that line

776   blank for the purpose of binding;

777          (iii)  contain the name of the proposed candidate and the words "Unaffiliated Candidate

778   Certificate of Nomination Petition" printed directly below the horizontal line;

779          (iv)  contain the word "Warning" printed directly under the words described in

780   Subsection (1)(b)(iii);

781          (v)  contain, to the right of the word "Warning," the following statement printed in not

782   less than eight-point, single leaded type:

783          "It is a class A misdemeanor for anyone to knowingly sign a certificate of nomination

784   signature sheet with any name other than the person's own name or more than once for the

785   same candidate or if the person is not registered to vote in this state and does not intend to

786   become registered to vote in this state before the county clerk certifies the signatures.";

787          (vi)  contain the following statement directly under the statement described in

788   Subsection (1)(b)(v):

789          "Each signer says:

790          I have personally signed this petition with a holographic signature;

791          I am registered to vote in Utah or intend to become registered to vote in Utah before the

792   county clerk certifies my signature; and

793          My street address is written correctly after my name.";

794          (vii)  contain horizontally ruled lines, 3/8 inch apart under the statement described in

795   Subsection (1)(b)(vi); and

796          (viii)  be vertically divided into columns as follows:

797          (A)  the first column shall appear at the extreme left of the sheet, be 5/8 inch wide, be

798   headed with "For Office Use Only," and be subdivided with a light vertical line down the
799   middle;

800          (B)  the next column shall be 2-1/2 inches wide, headed "Registered Voter's Printed
801   Name (must be legible to be counted)";

802          (C)  the next column shall be 2-1/2 inches wide, headed "Holographic Signature of
803   Registered Voter";

804          (D)  the next column shall be one inch wide, headed "Birth Date or Age (Optional)";

805          (E)  the final column shall be 4-3/8 inches wide, headed "Street Address, City, Zip
806   Code"; and

807          (F)  at the bottom of the sheet, contain the following statement: "Birth date or age
808   information is not required, but it may be used to verify your identity with voter registration
809   records.  If you choose not to provide it, your signature may not be certified as a valid signature
810   if you change your address before petition signatures are certified or if the information you
811   provide does not match your voter registration records."; and

812          (c)  bind a final page to one or more signature sheets that are bound together that
813   contains, except as provided by Subsection (3), the following printed statement:

814          "Verification

815          State of Utah, County of _____

816          I, _____, of _____, hereby state that:

817          I [am a Utah resident and] am at least 18 years old;

818          All the names that appear on the signature sheets bound to this page were signed by
819   persons who professed to be the persons whose names appear on the signature sheets, and each
820   of them signed the person's name on the signature sheets in my presence;

821          I believe that each has printed and signed the person's name and written the person's
822   street address correctly, and that each signer is registered to vote in Utah or will register to vote
823   in Utah before the county clerk certifies the signatures on the signature sheet.

824   _____

825          (Signature)      (Residence Address)                    (Date)".

826          (2)  An agent designated to file a certificate of nomination under Subsection
827   20A-9-503(2)(b) or (4)(b) may not sign the form described in Subsection (1)(a).

828          (3) (a)  The candidate shall circulate the nomination petition and ensure that the person

829    in whose presence each signature sheet is signed:

830        (i)  is at least 18 years old; and

831        [(ii)  except as provided by Subsection (3)(b), meets the residency requirements of

832    Section 20A-2-105; and]

833        [(iii)] (ii)  verifies each signature sheet by completing the verification bound to one or

834    more signature sheets that are bound together.

835        [(b)  A person who is not a resident may sign the verification on a petition for an

836    unaffiliated candidate for the office of president of the United States.]

837        [(c)] (b)  A person may not sign the circulator verification if the person signed a

838    signature sheet bound to the verification.

839        (4) (a)  It is unlawful for any person to:

840        (i)  knowingly sign a certificate of nomination signature sheet:

841        (A)  with any name other than the person's own name;

842        (B)  more than once for the same candidate; or

843        (C)  if the person is not registered to vote in this state and does not intend to become

844    registered to vote in this state before the county clerk certifies the signatures; or

845        (ii)  sign the verification of a certificate of nomination signature sheet if the person:

846        [(A)  except as provided by Subsection (3)(b), does not meet the residency requirements

847    of Section 20A-2-105;]

848        [(B)] (A)  has not witnessed the signing by those persons whose names appear on the

849    certificate of nomination signature sheet; or

850        [(C)] (B)  knows that a person whose signature appears on the certificate of nomination

851    signature sheet is not registered to vote in this state and does not intend to become registered to

852    vote in this state.

853        (b)  Any person violating this Subsection (4) is guilty of a class A misdemeanor.

854        (5) (a)  [The candidate shall submit the petition and signature sheets to the county clerk

855    for certification when the petition has been completed by.] To qualify for placement on the

856    general election ballot, the candidate shall, no earlier than the start of the declaration of

857    candidacy period described in Section 20A-9-201.5 and no later than 5 p.m. on June 15 of the

858    year in which the election will be held:

859        (i)  comply with Subsection 20A-9-503(1); and

02-21-24  8:46 AM                                                        3rd Sub. (Ivory) S.B. 107

860          (ii)  submit each signature packet to the county clerk where the majority of the

861  signatures in the packet were collected, with signatures totaling:

862          [(i)] (A)  at least 1,000 registered voters residing within the state when the nomination

863  is for an office to be filled by the voters of the entire state; or

864          [(ii)] (B)  at least 300 registered voters residing within a political division or at least 5%

865  of the registered voters residing within a political division, whichever is less, when the

866  nomination is for an office to be filled by the voters of any political division smaller than the

867  state.

868          (b)  A candidate has not complied with Subsection (5)(a)(ii), unless the county clerks

869  verify that each required signature is a valid signature of a registered voter who is eligible to

870  sign the signature packet and has not signed a signature packet to nominate another candidate

871  for the same office.

872          [(b)] (c)  In reviewing the [petition] signature packets, the county clerk shall count and

873  certify only those persons who signed [the petition] with a holographic signature, who:

874          (i)  are registered voters within the political division that the candidate seeks to

875  represent; and

876          (ii)  did not sign any other certificate of nomination for that office.

877          (d)  The county clerk shall count and certify the number of registered voters who validly

878  signed a signature packet, no later than 30 days after the day on which the candidate submits

879  the signature packet.

880          [(c)] (e)  The candidate may supplement the signatures or amend the certificate of

881  nomination or declaration of candidacy at any time on or before [the filing deadline] 5 p.m. on

882  June 15 of the year in which the election will be held.

883          [(d)] (f)  The county clerk shall use the procedures described in Section 20A-1-1002 to

884  determine whether a signer is a registered voter who is qualified to sign the [petition] signature

885  packet.

886          (6) (a)  A voter who signs a [nomination petition] signature packet under this section

887  may have the voter's signature removed from the [petition] signature packet by, no later than

888  three business days after the day on which the candidate submits the [petition] signature packet

889  to the county clerk, submitting to the county clerk a statement requesting that the voter's

890  signature be removed.

891    (b)  A statement described in Subsection (6)(a) shall comply with the requirements

892  described in Subsection 20A-1-1003(2).

893    (c)  The county clerk shall use the procedures described in Subsection 20A-1-1003(3) to

894  determine whether to remove an individual's signature from a [petition] signature packet after

895  receiving a timely, valid statement requesting removal of the signature.

896    Section 11.  Section **20A-9-503** is amended to read:

897    **20A-9-503.   Certificate of nomination -- Filing -- Fees.**

898    (1)  [Except as provided in Subsection (1)(b), after the certificate of nomination has

899  been certified, executed, and acknowledged by the county clerk, the candidate shall:] A

900  candidate shall, in accordance with the deadline described in Subsection 20A-9-502(5)(a):

901    (a)  file the certificate of nomination and the applicable declaration of candidacy, in

902  person unless otherwise provided in statute, with the filing officer; and

903    (b)  pay the filing fee.

904    [(a) (i)  file the petition in person with the lieutenant governor, if the office the

905  candidate seeks is a constitutional office or a federal office, or the county clerk, if the office the

906  candidate seeks is a county office, during the declaration of candidacy filing period described

907  in Section 20A-9-201.5; and]

908    [(ii)  pay the filing fee; or]

909    [(b)  not later than the close of normal office hours on June 15 of any odd-numbered

910  year:]

911    [(i)  file the petition in person with the municipal clerk, if the candidate seeks an office

912  in a city or town, or the special district clerk, if the candidate seeks an office in a special

913  district; and]

914    [(ii)  pay the filing fee.]

915    (2) (a)  The provisions of this Subsection (2) do not apply to an individual who files a

916  [declaration of candidacy] certificate of nomination and declaration of candidacy for president

917  of the United States.

918    (b)  Subject to Subsections [(4)(c)] (5) and 20A-9-502(2), an individual may designate

919  an agent to file a [declaration of candidacy] certificate of nomination or declaration of

920  candidacy with the appropriate filing officer if:

921    (i)  the individual is located outside of the state during the entire filing period;

922          (ii)  the designated agent appears in person before the filing officer; and

923          (iii)  the individual communicates with the filing officer using an electronic device that

924   allows the individual and filing officer to see and hear each other.

925          (3) (a)  At the time of filing, and before accepting the [petition] certificate of

926   nomination and declaration of candidacy, the filing officer shall read the constitutional and

927   statutory requirements for candidacy to the candidate.

928          (b)  If the candidate states that the candidate does not meet the requirements, the filing

929   officer may not accept the [petition] certificate of nomination and declaration of candidacy.

930          (4)  An individual filing a certificate of nomination for president of the United States

931   under this section:

932          (a)  shall pay a filing fee of $500; and

933          (b)  may use a designated agent to file the nomination petition.

934          (5)  An agent designated to file a certificate of nomination under Subsection (2)(b) or

935   (4)(b) may not sign the certificate of nomination form.

936          [(4) (a)  An individual filing a certificate of nomination for president or vice president

937   of the United States under this section shall pay a filing fee of $500.]

938          [(b)  Notwithstanding Subsection (1), an individual filing a certificate of nomination for

939   president or vice president of the United States:]

940          [(i)  may file the certificate of nomination during the declaration of candidacy filing

941   period described in Section 20A-9-201.5; and]

942          [(ii)  may use a designated agent to file the certificate of nomination.]

943          [(c)  An agent designated under Subsection (2) or described in Subsection (4)(b)(ii) may

944   not sign the certificate of nomination form.]

945          Section 12.  Section **20A-9-504** is amended to read:

946          **20A-9-504.   Unaffiliated candidates -- Governor and president of the United**

947   **States.**

948          (1) (a)  Each unaffiliated candidate for governor shall, before 5 p.m. no later than [July

949   1] June 15 of the regular general election year, select a running mate to file as an unaffiliated

950   candidate for the office of lieutenant governor.

951          (b)  The unaffiliated lieutenant governor candidate shall, before 5 p.m. no later than

952   [July 1] June 15 of the regular general election year, file as an unaffiliated candidate by

953    following the procedures and requirements of this part.

954         (2) (a)  Each unaffiliated candidate for president of the United States shall, before 5

955    p.m. no later than August 15 of a regular general election year, select a running mate to file as

956    an unaffiliated candidate for the office of vice president of the United States.

957         (b)  Before 5 p.m. no later than August 15 of a regular general election year, the

958    unaffiliated candidate for vice president of the United States described in Subsection (2)(a)

959    shall comply with the requirements of Subsection 20A-9-202(7).

960         Section 13.  Section **20A-21-201** is amended to read:

961         **20A-21-201.   Electronic signature gathering for an initiative, a referendum, or**

962    **candidate qualification.**

963         (1) (a)  After filing a petition for a statewide initiative or a statewide referendum, and

964    before gathering signatures, the sponsors shall, after consulting with the Office of the

965    Lieutenant Governor, sign a form provided by the Office of the Lieutenant Governor indicating

966    whether the sponsors will gather signatures manually or electronically.

967         (b)  If the sponsors indicate, under Subsection (1)(a), that the sponsors will gather

968    signatures electronically:

969         (i)  in relation to a statewide initiative, signatures for that initiative:

970         (A)  may only be gathered and submitted electronically, in accordance with this section

971    and Sections 20A-7-215, 20A-7-216, and 20A-7-217; and

972         (B)  may not be gathered or submitted using the manual signature-gathering process

973    described in Sections 20A-7-105 and 20A-7-204; and

974         (ii)  in relation to a statewide referendum, signatures for that referendum:

975         (A)  may only be gathered and submitted electronically, in accordance with this section

976    and Sections 20A-7-313, 20A-7-314, and 20A-7-315; and

977         (B)  may not be gathered or submitted using the manual signature-gathering process

978    described in Sections 20A-7-105 and 20A-7-304.

979         (c)  If the sponsors indicate, under Subsection (1)(a), that the sponsors will gather

980    signatures manually:

981         (i)  in relation to a statewide initiative, signatures for that initiative:

982         (A)  may only be gathered and submitted using the manual signature-gathering process

983    described in Sections 20A-7-105 and 20A-7-204; and

984     (B)  may not be gathered or submitted electronically, as described in this section and

985 Sections 20A-7-215, 20A-7-216, and 20A-7-217; and

986     (ii)  in relation to a statewide referendum, signatures for that referendum:

987     (A)  may only be gathered and submitted using the manual signature-gathering process

988 described in Sections 20A-7-105 and 20A-7-304; and

989     (B)  may not be gathered or submitted electronically, as described in this section and

990 Sections 20A-7-313, 20A-7-314, and 20A-7-315.

991     (2) (a)  After filing a petition for a local initiative or a local referendum, and before

992 gathering signatures, the sponsors shall, after consulting with the local clerk's office, sign a

993 form provided by the local clerk's office indicating whether the sponsors will gather signatures

994 manually or electronically.

995     (b)  If the sponsors indicate, under Subsection (2)(a), that the sponsors will gather

996 signatures electronically:

997     (i)  in relation to a local initiative, signatures for that initiative:

998     (A)  may only be gathered and submitted electronically, in accordance with this section

999 and Sections 20A-7-514, 20A-7-515, and 20A-7-516; and

1000     (B)  may not be gathered or submitted using the manual signature-gathering process

1001 described in Sections 20A-7-105 and 20A-7-504; and

1002     (ii)  in relation to a local referendum, signatures for that referendum:

1003     (A)  may only be gathered and submitted electronically, in accordance with this section

1004 and Sections 20A-7-614, 20A-7-615, and 20A-7-616; and

1005     (B)  may not be gathered or submitted using the manual signature-gathering process

1006 described in Sections 20A-7-105 and 20A-7-604.

1007     (c)  If the sponsors indicate, under Subsection (2)(a), that the sponsors will gather

1008 signatures manually:

1009     (i)  in relation to a local initiative, signatures for that initiative:

1010     (A)  may only be gathered and submitted using the manual signature-gathering process

1011 described in Sections 20A-7-105 and 20A-7-504; and

1012     (B)  may not be gathered or submitted electronically, as described in this section and

1013 Sections 20A-7-514, 20A-7-515, and 20A-7-516; and

1014     (ii)  in relation to a local referendum, signatures for that referendum:

1015          (A)  may only be gathered and submitted using the manual signature-gathering process

1016    described in Sections 20A-7-105 and 20A-7-604; and

1017          (B)  may not be gathered or submitted electronically, as described in this section and

1018    Sections 20A-7-614, 20A-7-615, and 20A-7-616.

1019          (3) (a)  After a candidate files a notice of intent to gather signatures to qualify for a

1020    ballot, and before gathering signatures, the candidate shall, after consulting with the election

1021    officer, sign a form provided by the election officer indicating whether the candidate will

1022    gather signatures manually or electronically.

1023          (b)  If a candidate indicates, under Subsection (3)(a), that the candidate will gather

1024    signatures electronically, signatures for the candidate:

1025          (i)  may only be gathered and submitted using the electronic candidate qualification

1026    process; and

1027          (ii)  may not be gathered or submitted using the manual candidate qualification process.

1028          (c)  If a candidate indicates, under Subsection (3)(a), that the candidate will gather

1029    signatures manually, signatures for the candidate:

1030          (i)  may only be gathered and submitted using the manual candidate qualification

1031    process; and

1032          (ii)  may not be gathered or submitted using the electronic candidate qualification

1033    process.

1034          (4)  To gather a signature electronically, a signature-gatherer shall:

1035          (a)  use a device provided by the signature-gatherer or a sponsor of the petition that:

1036          (i)  is approved by the lieutenant governor;

1037          (ii)  except as provided in Subsection (4)(a)(iii), does not store a signature or any other

1038    information relating to an individual signing the petition in any location other than the location

1039    used by the website to store the information;

1040          (iii)  does not, on the device, store a signature or any other information relating to an

1041    individual signing the petition except for the minimum time necessary to upload information to

1042    the website;

1043          (iv)  does not contain any applications, software, or data other than those approved by

1044    the lieutenant governor; and

1045          (v)  complies with cyber-security and other security protocols required by the lieutenant

1046    governor;

1047          (b)  use the approved device to securely access a website designated by the lieutenant

1048    governor, directly, or via an application designated by the lieutenant governor; and

1049          (c)  while connected to the website, present the approved device to an individual

1050    considering signing the petition and, while the signature-gatherer is in the physical presence of

1051    the individual:

1052          (i)  wait for the individual to reach each screen presented to the individual on the

1053    approved device; and

1054          (ii)  wait for the individual to advance to each subsequent screen by clicking on the

1055    acknowledgement at the bottom of the screen.

1056          (5)  Each screen shown on an approved device as part of the signature-gathering process

1057    shall appear as a continuous electronic document that, if the entire document does not appear

1058    on the screen at once, requires the individual viewing the screen to, before advancing to the

1059    next screen, scroll through the document until the individual reaches the end of the document.

1060          (6)  After advancing through each screen required for the petition, the signature process

1061    shall proceed as follows:

1062          (a)  except as provided in Subsection (6)(b):

1063          (i)  the individual desiring to sign the petition shall present the individual's driver

1064    license or state identification card to the signature-gatherer;

1065          (ii)  the signature-gatherer shall verify that the individual pictured on the driver license

1066    or state identification card is the individual signing the petition;

1067          (iii)  the signature-gatherer shall scan or enter the driver license number or state

1068    identification card number through the approved device; and

1069          (iv)  immediately after the signature-gatherer complies with Subsection (6)(a)(iii), the

1070    website shall determine whether the individual desiring to sign the petition is eligible to sign

1071    the petition;

1072          (b)  if the individual desiring to sign the petition is unable to provide a driver license or

1073    state identification card to the signature gatherer:

1074          (i)  the individual may present other valid voter identification;

1075          (ii)  if the valid voter identification contains a picture of the individual, the

1076    signature-gatherer shall verify that the individual pictured is the individual signing the petition;

1077       (iii)  if the valid voter identification does not contain a picture of the individual, the

1078 signature-gatherer shall, to the extent reasonably practicable, use the individual's address or

1079 other available means to determine whether the identification relates to the individual

1080 presenting the identification;

1081       (iv)  the signature-gatherer shall scan an image of the valid voter identification and

1082 immediately upload the image to the website; and

1083       (v)  the individual:

1084       (A)  shall enter the individual's address; and

1085       (B)  may, at the discretion of the individual, enter the individual's date of birth or age

1086 after the individual clicks on the screen acknowledging that they have read and understand the

1087 following statement, "Birth date or age information is not required, but may be used to verify

1088 your identity with voter registration records. If you choose not to provide it, your signature may

1089 not be verified as a valid signature if you change your address before your signature is verified

1090 or if the information you provide does not match your voter registration records."; and

1091       (c)  after completing the process described in Subsection (6)(a) or (b), the screen shall:

1092       (i)  except for a petition to qualify a candidate for the ballot, give the individual signing

1093 the petition the opportunity to enter the individual's email address after the individual reads the

1094 following statement, "If you provide your email address, you may receive an email with

1095 additional information relating to the petition you are signing."; and

1096       (ii) (A)  if the website determines, under Subsection (6)(a)(iv), that the individual is

1097 eligible to sign the petition, permit the individual to enter the individual's name as the

1098 individual's electronic signature and, immediately after the signature-gather timely complies

1099 with Subsection (10), certify the signature; or

1100       (B)  if the individual provides valid voter identification under Subsection (6)(b), permit

1101 the individual to enter the individual's name as the individual's electronic signature.

1102       (7)  If an individual provides valid voter identification under Subsection (6)(b), the

1103 county clerk shall, within seven days after the day on which the individual submits the valid

1104 voter identification, certify the signature if:

1105       (a)  the individual is eligible to sign the petition;

1106       (b)  the identification provided matches the information on file; and

1107       (c)  the signature-gatherer timely complies with Subsection (10).

1108        (8)  For each signature submitted under this section, the website shall record:

1109        (a)  the information identifying the individual who signs;

1110        (b)  the date the signature was collected; and

1111        (c)  the name of the signature-gatherer.

1112        (9)  An individual who is a signature-gatherer may not sign a petition unless another

1113   individual acts as the signature-gatherer when the individual signs the petition.

1114        (10)  Except for a petition for a candidate to seek the nomination of a registered

1115   political party, each individual who gathers a signature under this section shall, within one

1116   business day after the day on which the individual gathers a signature, electronically sign and

1117   submit the following statement to the website:

1118        "VERIFICATION OF SIGNATURE-GATHERER

1119        State of Utah, County of _____

1120        I, _____, of _____, hereby state, under penalty of perjury, that:

1121        I [am a resident of Utah and] am at least 18 years old;

1122        All the signatures that I collected on [Date signatures were gathered] were signed by

1123   individuals who professed to be the individuals whose signatures I gathered, and each of the

1124   individuals signed the petition in my presence;

1125        I did not knowingly make a misrepresentation of fact concerning the law or proposed

1126   law to which the petition relates;

1127        I believe that each individual has signed the individual's name and written the

1128   individual's residence correctly, that each signer has read and understands the law to which the

1129   petition relates, and that each signer is registered to vote in Utah;

1130        Each signature correctly reflects the date on which the individual signed the petition;

1131   and

1132        I have not paid or given anything of value to any individual who signed this petition to

1133   encourage that individual to sign it."

1134        (11)  Except for a petition for a candidate to seek the nomination of a registered

1135   political party:

1136        (a)  the county clerk may not certify a signature that is not timely verified in accordance

1137   with Subsection (10); and

1138        (b)  if a signature certified by a county clerk under Subsection (6)(c)(ii)(A) is not timely

1139 verified in accordance with Subsection (10), the county clerk shall:

1140     (i)  revoke the certification;

1141     (ii)  remove the signature from the posting described in Subsection 20A-7-217(4),

1142 20A-7-315(3), 20A-7-516(4), or 20A-7-616(3); and

1143     (iii)  update the totals described in Subsections 20A-7-217(5)(a)(ii),

1144 20A-7-315(5)(a)(ii), 20A-7-516(5)(a)(ii), and 20A-7-616(5)(a)(ii).

1145     (12)  For a petition for a candidate to seek the nomination of a registered political party,

1146 each individual who gathers a signature under this section shall, within one business day after

1147 the day on which the individual gathers a signature, electronically sign and submit the

1148 following statement to the lieutenant governor in the manner specified by the lieutenant

1149 governor:

1150     "VERIFICATION OF SIGNATURE-GATHERER

1151     State of Utah, County of _____

1152     I, _____, of _____, hereby state that:

1153     I [am a resident of Utah and] am at least 18 years old;

1154     All the signatures that I collected on [Date signatures were gathered] were signed by

1155 individuals who professed to be the individuals whose signatures I gathered, and each of the

1156 individuals signed the petition in my presence;

1157     I believe that each individual has signed the individual's name and written the

1158 individual's residence correctly and that each signer is registered to vote in Utah; and

1159     Each signature correctly reflects the date on which the individual signed the petition."

1160     (13)  For a petition for a candidate to seek the nomination of a registered political party,

1161 the election officer may not certify a signature that is not timely verified in accordance with

1162 Subsection (12).

1163     Section 14.  **Effective date.**

1164     (1)  Except as provided in Subsection (2), if approved by two-thirds of all the members

1165 elected to each house, this bill takes effect upon approval by the governor, or the day following

1166 the constitutional time limit of Utah Constitution, Article VII, Section 8, without the governor's

1167 signature, or in the case of a veto, the date of the veto override.

1168     (2)  If this bill is not approved by two-thirds of all members elected to each house, this

1169 bill takes effect May 1, 2024.