

**Brody Bailey** <babailey@utah.gov>

## Initiative Packets
7 messages

---

**Brody Bailey** <babailey@utah.gov>  Mon, Jun 12, 2023 at 4:03 PM
To: "Fred C. Cox" <fred@fredcox4utah.com>

Hi Fred and Tracie,

Attached is the final draft of the initiative packets. Can you take a look and let me know if you notice any errors? Once I receive an email back I will send over the packets.

Thanks,
Brody

 **Restore the Utah Flag Packet 1.pdf**
1246K

---

**Brody Bailey** <babailey@utah.gov>  Mon, Jun 12, 2023 at 4:05 PM
To: tracie.halvorsen@gmail.com

[Quoted text hidden]

 **Restore the Utah Flag Packet 1.pdf**
1246K

---

**Brody Bailey** <babailey@utah.gov>  Mon, Jun 12, 2023 at 4:10 PM
To: "Fred C. Cox" <fred@fredcox4utah.com>

Hi Fred,

Please also include a statement that indicates you do not plan on amending the language of the initiative. I found the statement indicating you are not appealing the fiscal impact statement, but somehow must have missed the statement on the amended language.

Thanks,
Brody

On Mon, Jun 12, 2023 at 4:03 PM Brody Bailey <babailey@utah.gov> wrote:
[Quoted text hidden]

---

**Fred C Cox** <fred@fredcox4utah.com>  Mon, Jun 12, 2023 at 4:31 PM
To: Brody Bailey <babailey@utah.gov>
Cc: Tracie Halvorsen <tracie.halvorsen@gmail.com>, Fred C Cox <fred@fredcox4utah.com>

It looks good. You can finalize it.
Fred C Cox

[Quoted text hidden]

---

**Brody Bailey** <babailey@utah.gov>  Mon, Jun 12, 2023 at 4:36 PM
To: Fred C Cox <fred@fredcox4utah.com>
Cc: Tracie Halvorsen <tracie.halvorsen@gmail.com>, Fred C Cox <fred@fredcox4utah.com>

Thank you both. Attached is the packet.

-Brody

[Quoted text hidden]

📄 **Restore the Utah Flag Packet 1.pdf**
1273K

**Tracie Halvorsen** <tracie.halvorsen@gmail.com>    Mon, Jun 12, 2023 at 4:37 PM
To: Brody Bailey <babailey@utah.gov>
Cc: Fred C Cox <fred@fredcox4utah.com>

Thank you Brody!!!

[Quoted text hidden]

**Fred C Cox** <fred@fredcox4utah.com>    Mon, Jun 12, 2023 at 5:06 PM
To: Tracie Halvorsen <tracie.halvorsen@gmail.com>, Brody Bailey <babailey@utah.gov>

Yes. Thank you!

[Quoted text hidden]