Benjamin Barr*
Barr & Klein PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: (202) 595-4671
ben@barrklein.com

**Pro hac vice*

*Attorney for Plaintiffs Are You Listening Yet PAC and Tracie Halvorsen*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>Plaintiffs,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>Defendant. | **NOTICE OF ACKNOWLEDGMENT**<br><br>Case No. 2:24-CV-00104-JNP-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

I, Benjamin Barr, hereby acknowledge that I have read the Standing Order filed February 21, 2024, by the Court in the above-captioned matter. Dkt. 18. I have carefully read and understand the terms thereof and will comply with the order.

Respectfully submitted,

*/s/ Benjamin Barr*
Benjamin Barr*
Barr & Klein PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Telephone: (202) 595-4671
ben@barrklein.com

**Pro hac vice*
*Attorney for Plaintiffs*

**Certificate of Service**

  I, Benjamin Barr, hereby certify that on this 23rd day of February, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                 */s/ Benjamin Barr*
                 Benjamin Barr