JASON N. DUPREE (17509)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: judupree@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant*. | **NOTICE OF ACKNOWLEDGMENT**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

I, Jason N. Dupree, hereby acknowledge that I have read the Standing Order filed February 21, 2024, by the court in the above-entitled caption. I have carefully read and understand the terms thereof and agree to be bound by them.

                                                OFFICE OF THE UTAH ATTORNEY GENERAL

                                                /s/ *Jason N. Dupree*
                                                JASON N. DUPREE
                                                Assistant Utah Attorney General
                                                *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 26, 2024,** the foregoing **NOTICE OF ACKNOWLEDGMENT** was filed using the court's electronic filing system. I further certify that a true and correct copy was served, via email, to the following:

**Benjamin Barr**
**Stephen R. Klein**
BARR & KLEIN PLLC
ben@barrklein.com
steve@barrklein.com

**Kyle Fred Reeder**
CANNON LAW GROUP
kyle@cannonlawgroup.com

*Counsel for Plaintiffs*

                                                    */s/ Seth Huxford*
                                                    Seth Huxford