Kyle F. Reeder (UT 16554)
Cannon Law Group, PLLC
124 S 600 E
Salt Lake City, UT 84102
Telephone: (801) 363-2999
kyle@cannonlawgroup.com

*Attorney for Plaintiffs Are You Listening Yet PAC and Tracie Halvorsen*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>Plaintiffs,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>Defendant. | **NOTICE OF ACKNOWLEDGMENT**<br><br>Case No. 2:24-CV-00104-JNP-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

    I, Kyle F. Reeder, hereby acknowledge that I have read the Standing Order filed February 21, 2024, by the Court in the above-captioned matter. Dkt. 18. I have carefully read and understand the terms thereof and will comply with the order.

    Respectfully submitted,

*/s/ Kyle F. Reeder*
Kyle F. Reeder (UT 16554)
Cannon Law Group, PLLC
124 S 600 E
Salt Lake City, UT 84102
Telephone: (801) 363-2999
kyle@cannonlawgroup.com

*Attorney for Plaintiffs*

**Certificate of Service**

I, Stephen Klein, hereby certify that on this 27th day of February, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kyle F. Reeder
Kyle F. Reeder