SCOTT D. CHENEY (6198)
DAVID N. WOLF (6688)
LANCE SORENSON (10684)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 5th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant*. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

Defendant Deidre Henderson, in her official capacity as Lieutenant Governor of Utah, hereby moves the Court to extend the deadline for filing her Response to Plaintiffs' complaint. To avoid the conflict between the hearing on Plaintiffs' Preliminary Injunction Hearing and the due date of the Response to Plaintiffs' Complaint, Defendant seeks an extension of 14-days up to and including March 15, 2024, to file her Response.

Plaintiffs have Stipulated to this request.

DATED this February 26, 2024.

                                          THE OFFICE OF THE UTAH ATTORNEY GENERAL

                                          /s/ Jason N. Dupree
                                          JASON N. DUPREE
                                          LANCE SORENSON
                                          SCOTT D. CHENEY
                                          DAVID N. WOLF
                                          Assistant Utah Attorney General
                                          *Attorney for Defendant*

So Stipulated:

                                          /s/ Benjamin Barr
                                          BENJAMIN BARR
                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed the foregoing, **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT** by using the Court's electronic filing system which will send a notice of electronic filing to the following:

Kyle F. Reeder
Cannon Law Group
kyle@cannonlawgroup.com

Benjamin Barr
Stephen R. Klein
Barr & Klein PLLC
ben@barrklein.com
steve@barrklein.com

*Counsel for Plaintiffs*

                                                      */s/ Seth Huxford*
                                                      Seth Huxford