SCOTT D. CHENEY (6198)
DAVID N. WOLF (6688)
LANCE SORENSON (10684)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 5th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>*Defendant.* | **ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Case No. 2:24-cv-00104-JNP<br><br>Judge Jill N. Parrish |

The matter before the court is Defendant's Motion for Extension of Time to File Response to Plaintiffs' Complaint. Having considered the motion, the COURT finds that Defendant has made a showing of good cause. Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is given leave to file her Response to Plaintiffs' Complaint up to and including March 15, 2024.

DATED:

BY THE COURT:

_____
HONORABLE JILL PARRISH
U.S. District Court Judge