IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor,<br><br>    Defendant. | **ORDER GRANTING [31] MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-000104-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

    Having considered the parties' stipulated Motion for Extension of Time (Motion) (ECF 31) for Defendant to File a Responsive Pleading to Plaintiff's Complaint (ECF 1), and for good cause appearing, the court hereby **GRANTS** the Motion and **ORDERS** that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint is extended to March 15, 2024.

    DATED this 29 February 2024.

                                                           Magistrate Judge Cecilia M. Romero
                                                           United States District Court for the District of Utah