SCOTT CHENEY (6198)
DAVID N. WOLF (6688)
LANCE F. SORENSON (10684)
JASON DUPREE (17509)
Assistant Utah Attorneys General
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100

*Counsel for Defendant Lt. Governor Henderson*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEIDRE HENDERSON, in her official capacity as Lieutenant Governor of the State of Utah, <br><br> *Defendant*. | **NOTICE OF ENACTMENT OF S.B. 107 REPEALING RESIDENCY REQUIREMENT** <br><br> Case No. 2:24-CV-00104 <br><br> Judge Jill Parrish |

In her Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction ("Memo in Opp.") (ECF No., 26), Defendant Lt. Governor Henderson indicated that the Utah Legislature recently passed Senate Bill 107, repealing the requirement that a person circulating signatures be a resident of Utah. *See* Memo in Opp., p. 10, ¶¶ 43-44. The Lt. Governor also indicated she would notify the Court when Governor Cox signed the bill into law. *See id.*, n. 7.

Governor Cox has now signed S.B. 107 into law. Attached as Exhibit 1 is S.B. 107 and attached as Exhibit 2 is Governor Cox's announcement that he signed it into law.[1] The repeal of the

---

[1] *See also* https://le.utah.gov/~2024/bills/static/SB0107.html, indicating the bill has been signed.

1

residency requirement supports the Lt. Governor's argument that Count V of the Complaint (alleging that the residency requirement is unconstitutional) is moot. *See* Memo in Opp., pp. 25-27.

DATED: February 29, 2024

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Lance Sorenson*
DAVID WOLF
LANCE SORENSON
JASON DUPREE
Assistant Utah Attorneys General
*Counsel for Defendant Lt. Governor Henderson*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2024, I electronically filed the foregoing, **NOTICE OF ENACTMENT OF S.B. 107 REPEALING RESIDENCY REQUIREMENT** by using the Court's electronic filing system which will send a notice of electronic filing to the following:

Kyle F. Reeder
Cannon Law Group
kyle@cannonlawgroup.com

Benjamin Barr
Stephen R. Klein
Barr & Klein PLLC
ben@barrklein.com
steve@barrklein.com

*Counsel for Plaintiffs*

                                                  */s/ Seth Huxford*
                                                  Seth Huxford