# EXHIBIT 2



**NEWS RELEASE**
Feb. 28, 2024

**Contact:**
Emma Williams
Office of the Governor
(385) 303-4383, ewilliams@utah.gov

**Gov. Spencer Cox signs nine bills in the 2024 General Legislative Session**

SALT LAKE CITY (Feb. 28, 2024) – Gov. Spencer J. Cox signed nine bills today. He has signed 29 pieces of legislation from the 2024 General Legislative Session to date.

Information on the bills signed today can be found below:

- HCR 1          Concurrent Resolution Recognizing the U.S.S. Utah
- HCR 2          Concurrent Resolution for State Health Plan Benefit Changes
- HCR 3          Concurrent Resolution Regarding Child Sexual Abuse Material
- HCR 7          Concurrent Resolution Encouraging Repeal of the Jones Act
- HCR 8          Concurrent Resolution Creating the Butch Cassidy State Monument
- HCR 9          Concurrent Resolution Celebrating Utah's History of Welcoming Refugees
- HB 55          Employment Confidentiality Amendments
- SB 107        Election Process Amendments
- SB 240        Government Records Access and Management Act Amendments

###