Kyle F. Reeder
Cannon Law Group
124 S 600 E
Salt Lake City, UT 84102
Telephone: 801-363-2999
kyle@cannonlawgroup.com

Benjamin Barr*
Barr & Klein PLLC
444 N. Michigan Ave., Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
ben@barrklein.com

Stephen R. Klein*
Barr & Klein PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

*Pro hac vice

*Attorneys for Plaintiffs Are You Listening Yet PAC and Tracie Halvorsen*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ARE YOU LISTENING YET PAC, and TRACIE HALVORSEN,<br><br>Plaintiffs,<br><br>v.<br><br>DEIDRE HENDERSON, Lieutenant Governor of the State of Utah, in her official capacity,<br><br>Defendant. | **NOTICE VOLUNTARY DISMISSAL**<br><br>Case No. 2:24-CV-00104-JNP-CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Plaintiffs Are You Listening Yet PAC and Tracie Halvorsen, by and through undersigned counsel, hereby dismiss the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Stephen Klein*
Stephen R. Klein*
Barr & Klein PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

Kyle Reeder
Cannon Law Group
124 South 600 East
Salt Lake City, Utah 84102
(801) 363-2999
kyle@cannonlawgroup.com

Benjamin Barr*
Barr & Klein PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, Illinois 60611
(202) 595-4671
ben@barrklein.com

**Pro hac vice*
*Attorneys for Plaintiffs*

**Certificate of Service**

  I, Stephen Klein, hereby certify that on this 13th day of March, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      /s/ *Stephen Klein*
                      Stephen R. Klein